**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9567
 Fax: (619) 645-2581
 E-mail: Douglas.Baxter@doj.ca.gov

*Attorneys for Defendant* STATE OF CALIFORNIA and MICHAEL BELL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR SOLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA; MICHAEL BELL; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>**Jury Trial**<br>Date: Tuesday, October 29, 2023<br>Time: 09:00 a.m.<br>Ctrm: 5B<br>　　　350 West 1st Street, 6th Floor<br>　　　Los Angeles, California 90012 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

By and through their counsel of record in this action, Plaintiff EDGAR SOLIS, and STATE OF CALIFORNIA (by and through California Highway Patrol), and MICHAEL BELL (collectively "Defendants") (Plaintiff and Defendants together called "the parties") hereby submit the following Joint Stipulation to Modify the Scheduling Order (Doc. 25):

1. This civil rights, officer-involved shooting case and involves Plaintiff's claims under 42 U.S.C. §1983 and state law regarding an incident between Plaintiff, Deputy Waltermire, and Officer Bell where deadly force was used against Plaintiff. Specifically, Plaintiff brings claims for (1) Fourth Amendment – Excessive Force; (2) Municipal Liability – Ratification; (3) Municipal Liability – Inadequate Training; (4) Municipal Liability – Unconstitutional Custom, Practice, or Policy; (5) Battery; (6) Negligence; and (7) Violation of Cal. Civil Code § 52.1. (Doc. 1-1.) Plaintiff initially filed his Complaint in Riverside County Superior Court on February 2, 2023, and Defendants removed the action to this Court on March 24, 2023. (Doc. 1.)

2. On January 17, 2024, the Parties filed their Stipulated Request for Court Order Allowing Deposition of Incarcerated Plaintiff, for January 31, 2024.

3. On January 31, 2024, in the morning of Plaintiff's deposition, Plaintiff's counsel discovered that on December 27, 2023, the County of Riverside District Attorney's Office filed charges against Plaintiff related to this incident. Plaintiff had no prior notice of these charges and Plaintiff's counsel did not have an opportunity to discuss the issues with Plaintiff prior to the deposition. Thus, prior to the deposition, Plaintiff's counsel informed Defense counsel that Plaintiff would exercise his Fifth Amendment rights regarding anything related to the new criminal charges filed against him. Ultimately, the parties agreed to suspend the deposition to allow Plaintiff time to confer with counsel.

4. On February 14, 2024, Plaintiff and Defendants County and Deputy Waltermire reached an agreement to settle Plaintiff's claims as to the County Defendants only.

5. On February 16, 2024, Defendants County and Deputy Waltermire filed their Notice of Settlement as to Riverside County Defendants' Only. (Doc. 41.)

6. Additionally, on March 1, 2024, a new Deputy Attorney General will be assigned to this matter as counsel for the State Defendants, CHP, and Officer Bell, and will require time to get up familiarize him or herself with this matter prior to proceeding to with the deposition of Officer Bell and other matters.

7. Based on the above, the Parties believe that it is in the best interest of the case, and judicial economy, to modify the Scheduling Order (Doc. 25) to allow the Parties with sufficient time to assess the status of the pending criminal matter, and to complete discovery other than where Plaintiff's Fifth Amendment rights are implicated, and to see if there is a possibility for mediation with the State Defendants.

8. This is the Parties <u>first</u> request for any modification to the scheduling order in this action.

**STIPULATION FOR CONTINUANCE:**

9. Accordingly, in light of the foregoing, and in order to facilitate the interests of all parties to this action, by and through their counsel of record in this action, the Parties hereby Stipulate that **Good Cause** exists and the parties respectfully request that the Court **modify the Scheduling Order as follows, to stay the discovery of Plaintiff pending resolution of the related criminal matter, and order the parties to file a Joint Status Report on or before September 5, 2024.**

| Trial and Final Pretrial Conference Dates | Current Dates (Doc. 25) | Proposed Dates |
|---|---|---|
| Jury Trial (*Tuesday* at 9:00 a.m.) Est.: 5-10 Days | 10/29/2024 | 06/03/2025 |
| Final Pretrial Conference [L.R. 16] (*Tuesday* at 10:00 a.m.) | 10/08/2024 | 05/06/2025 |
| Hearing on Motions In Limine | 10/01/2024 | 04/29/2025 |
| Joint Status Report re Related Criminal Matter | | 09/05/2024 |
| Status Conference at 10:00 a.m. | | 09/12/2024 |
| Fact Discovery Cut-Off (no later than deadline for *filing* dispositive motion) | 05/10/2024 | 12/10/2024 |
| Expert Disclosure (Initial) | 05/14/2024 | 12/17/2024 |
| Expert Disclosure (Rebuttal) | 05/28/2024 | 01/07/2025 |
| Expert Discovery Cut-Off | 06/11/2024 | 01/21/2025 |
| Last Date to *Hear* Motions | 07/23/2024 | 02/25/2025 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 08/23/2024 | 03/25/2025 |
| Trial Filings (first round)<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | 09/10/2024 | 04/08/2025 |
| Trial Filings (second round)<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Additional Voir Dire Questions | 09/24/2024 | 04/22/2025 |

10. This Stipulation may be signed in counterpart, and a facsimile or electronic signature shall be valid as an original signature.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: March 7, 2024      **LAW OFFICES OF DALE K. GALIPO**
                                                    **LAW OFFICES OF GRECH & PACKER**

By:      /s/      *Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED: March 7, 2024      ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

By:      /s/      *Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendant* State of California (by and through the California Highway Patrol)