## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER and finding GOOD CAUSE therefrom, it is hereby ORDERED that:

1. Discovery on Plaintiff where Plaintiff's Fifth Amendment rights are implicated is stayed pending resolution of the related criminal matter. Discovery on Plaintiff is permissible where Plaintiff's Fifth Amendment rights are not implicated (e.g., case related medical records).

2. The Scheduling Order is modified as follows:

- 1 -

| Trial and Final Pretrial Conference Dates | Old Dates (Doc. 25) | New Dates |
|---|---|---|
| Jury Trial (*Tuesday* at 9:00 a.m.) Est.: 5-10 Days | 10/29/2024 | 06/03/2025 |
| Final Pretrial Conference [L.R. 16] (*Tuesday* at 10:00 a.m.) | 10/08/2024 | 05/06/2025 |
| Hearing on Motions In Limine | 10/01/2024 | 04/29/2025 |
| Joint Status Report re Related Criminal Matter | | 09/05/2024 |
| Status Conference at 10:00 a.m. | | 09/12/2024 |
| Fact Discovery Cut-Off (no later than deadline for *filing* dispositive motion) | 05/10/2024 | 12/10/2024 |
| Expert Disclosure (Initial) | 05/14/2024 | 12/17/2024 |
| Expert Disclosure (Rebuttal) | 05/28/2024 | 01/07/2025 |
| Expert Discovery Cut-Off | 06/11/2024 | 01/21/2025 |
| Last Date to *Hear* Motions | 07/23/2024 | 02/25/2025 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 08/23/2024 | 03/25/2025 |
| Trial Filings (first round)<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | 09/10/2024 | 04/08/2025 |
| Trial Filings (second round)<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Additional Voir Dire Questions | 09/24/2024 | 04/22/2025 |

**IT IS SO ORDERED.**


Dated: _____, 2023

_____
Honorable Hernán D. Vera
United States District Court Judge