1
2
3
4                **UNITED STATES DISTRICT COURT**
5             **CENTRAL DISTRICT OF CALIFORNIA**
6
7   EDGAR SOLIS,                          Case No.: 5:23−cv−00515−HDV−JPR
8            Plaintiff,                    [*Honorable Hernán D. Vera*]
9   v.                                     Magistrate Judge Jean P. Rosenbluth
10  COUNTY OF RIVERSIDE; STATE             **[PROPOSED] ORDER GRANTING**
    OF CALIFORNIA; SALVADOR               **JOINT STIPULATION TO**
11  WALTERMIRE; and DOES 1-10,            **MODIFY THE SCHEDULING**
    inclusive.                            **ORDER**
12
13
14        Having reviewed the parties' JOINT STIPULATION TO MODIFY THE
15  SCHEDULING ORDER and finding GOOD CAUSE therefrom, it is hereby
16  ORDERED that:
17        The Scheduling Order is modified as follows, all other dates and deadlines
18     remain the same:
19
| **Trial and Final Pretrial Conference Dates** | **Old Dates (Doc. 25)** | **New Dates** |
|---|---|---|
| Fact Discovery Cut-Off (no later than deadline for *filing* dispositive motion) | 05/10/2024 | 05/22/2024 |
| Expert Disclosure (Initial) | 05/14/2024 | 05/31/2024 |
| Expert Disclosure (Rebuttal) | 05/28/2024 | 06/14/2025 |
| Expert Discovery Cut-Off | 06/11/2024 | 06/28/2025 |

25        **IT IS SO ORDERED.**
26
27  Dated: _____, 2023
                                    _____
28                                  Honorable Hernán D. Vera
                                    United States District Court Judge