UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER and finding GOOD CAUSE therefrom, it is hereby ORDERED that:

The Scheduling Order is modified as follows, all other dates and deadlines remain the same:

| Trial and Final Pretrial Conference Dates | Old Dates (Doc. 25) | New Dates |
|---|---|---|
| Fact Discovery Cut-Off (no later than deadline for *filing* dispositive motion) | 05/10/2024 | 05/22/2024 |
| Expert Disclosure (Initial) | 05/14/2024 | 05/31/2024 |
| Expert Disclosure (Rebuttal) | 05/28/2024 | 06/14/2025 |
| Expert Discovery Cut-Off | 06/11/2024 | 06/28/2025 |

**IT IS SO ORDERED.**

Dated: May 8, 2024

_____
Honorable Hernán D. Vera
United States District Court Judge

- 1 -