**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9567
  Fax: (619) 645-2581
  E-mail: David.Klehm@doj.ca.gov

*Attorneys for Defendant* STATE OF CALIFORNIA and MICHAEL BELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA; MICHAEL BELL; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**NOTICE OF LODGING OF CORRECTED [PROPOSED] ORDER] RE: JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

1
NOTICE OF LODGING OF PROPOSED ORDER

TO THIS HONORABLE COURT:

On May 6, 2024, the parties field their Joint Stipulation to Modify the Scheduling Order related to fact discovery and expert discovery only. (Doc. 45.) In drafting the Proposed Order, Plaintiff's counsel made a clerical error listing the cut-off for rebuttal reports and expert discovery to occur in 2025 as opposed to 2024. On May 8, 2024, the Court granted the parties stipulation, signing the proposed order with the aforementioned clerical error. (Doc. 46.)

Plaintiff Edgar Solis and Defendants, State of California and Michael Bell, hereby lodge the corrected [Proposed] Order referenced to the Parties' Joint Stipulation to Modify the Scheduling Order as filed with this Court on May 6, 2024 (Doc. 45). The Parties apologize for the confusion and any inconvenience this may have caused.

Respectfully Submitted,
DATED: May 10, 2024

**LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICES OF GRECH & PACKER**

By: _____/s/_____Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED: May 10, 2024

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

By: _____/s/_____David Klehm_____
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendant* State of California (by and through the California Highway Patrol)