**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

[ATTORNEYS FOR DEFENDANTS LISTED ON NEXT PAGE]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA; MICHAEL BELL; COUNTY OF RIVERSIDE; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF RIVERSIDE AND SALVADOR WALTERMIRE ONLY**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

1. 
2. **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3. TONY M. SAIN, SB# 251626
   E-Mail: Tony.Sain@lewisbrisbois.com
4. TORI L.N. BAKKEN, SB# 329069
   E-Mail: Tori.Bakken@lewisbrisbois.com
5. ABIGAIL J. R. McLAUGHLIN, SB# 313208
   E-Mail: Abigail.McLaughlin@lewisbrisbois.com
6. 633 West 5th Street, Suite 4000
   Los Angeles, California 90071
7. Telephone: 213.250.1800
   Facsimile: 213-250-7900

*Attorneys for Defendants*, COUNTY OF RIVERSIDE and SALVADOR WALTERMIRE

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 201351
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9567
  Fax: (619) 645-2581
  E-mail: David.Klehm@doj.ca.gov

*Attorneys for Defendant* State of California (by and through the California Highway Patrol) and MICHAEL BELL

**TO THE HONORABLE COURT:**

Whereas, on February 16, 2024, Defendant County of Riverside and Salvador Waltermire filed a notice of settlement as to Riverside County Defendants only. (Doc. 41.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal with prejudice of Defendants COUNTY OF RIVERSIDE and SALVADOR WALTERMIRE only ("County Defendants"). As between Plaintiff and County Defendants, each side is to bear its own attorney's fees and costs incurred in this matter. This Stipulation shall have no effect on Plaintiff's claims against Defendants STATE OF CALIFORNIA (by and through California Highway Patrol) and MICHAEL BELL.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

DATED: July 30, 2024        **LAW OFFICES OF DALE K. GALIPO**
    **LAW OFFICES OF GRECH & PACKER**

By: _____/s/    Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED: July 30, 2024        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____/s/ Tori L.N. Bakken_____
TONY M. SAIN
TORI L.N. BAKKEN

1421171651.1   3

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF COUNTY AND WALTERMIRE ONLY

| | |
|---|---|
| | ABIGAIL J.R. McLAUGHLIN<br>*Attorneys for Defendants* COUNTY OF RIVERSIDE and SALVADOR WALTERMIRE |
| DATED: July 30, 2024 | ROB BONTA<br>Attorney General of California<br>RHONDA L. MALLORY<br>Supervising Deputy Attorney General<br><br>By: _____/s/    David Klehm_____<br>DAVID KLEHM<br>Deputy Attorney General<br>*Attorneys for Defendant* State of California (by and through the California Highway Patrol) and Michael Bell |

142117165.1   4

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF COUNTY AND WALTERMIRE ONLY