1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

# CENTRAL DISTRICT OF CALIFORNIA

7
8

EDGAR SOLIS,

Case No.: 5:23−cv−00515−HDV−JPR

Plaintiff,

9
10

v.

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

11
12
13
14

STATE OF CALIFORNIA; MICHAEL BELL; COUNTY OF RIVERSIDE; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,

15

Defendants.

16

## [PROPOSED] ORDER

17
18
19
20
21
22

Pursuant to the Joint Stipulation for Dismissal with Prejudice of Defendants County of Riverside and Salvador Waltermire Only, filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Defendants County of Riverside and Salvador Waltermire are hereby dismissed with prejudice. As between Plaintiff and County Defendants, each side shall bear its own attorney's fees and costs incurred in this matter.

23
24

**IT IS SO ORDERED**.

25
26

Dated: _____

27

_____
Hon. Hernan D. Vera
United States District Court

28

142117335.1  1