# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA; MICHAEL BELL; COUNTY OF RIVERSIDE; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (ECF No. 51)** |

　　Pursuant to the Joint Stipulation for Dismissal with Prejudice of Defendants County of Riverside and Salvador Waltermire Only, filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Defendants County of Riverside and Salvador Waltermire are hereby dismissed with prejudice. As between Plaintiff and County Defendants, each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

Dated: July 30, 2024

　　　　　　　　　　　　　　　　　　　　　Hon. Hernan D. Vera
　　　　　　　　　　　　　　　　　　　　　United States District Court

142117335.1    1

ORDER