Case 5:23-cv-00515-HDV-JPR    Document 58-1    Filed 09/10/24    Page 1 of 5    Page ID #:498

# "EXHIBIT B"

CONFIDENTIAL                                      AGO - 000068

AGO - 000093

CONFIDENTIAL

CONFIDENTIAL                AGO - 000094

CONFIDENTIAL

AGO - 000095