# "EXHIBIT B"

(see Plaintiff's application to file under seal)