# "EXHIBIT D"

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   EDGAR SOLIS,                             )
                                              )
 5                  Plaintiff,                )
                                              )
 6                  vs.                       ) Case No.
                                              ) 23-CV-00515-HDV-JPR
 7   COUNTY OF RIVERSIDE; STATE OF            )
     CALIFORNIA; SALVADOR WALTERMIRE,         )
 8   MICHAEL BELL, and DOES 1-10,             )
     inclusive,                               )
 9                                            )
                    Defendants.               )
10   _____)

11

12

13

14            REMOTE VIDEOCONFERENCE DEPOSITION OF

15                     SALVADOR WALTERMIRE

16                 THURSDAY, OCTOBER 19, 2023

17

18

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:   22768
```

```
 1   shooting?
 2        A.   Are you referring to Mr. Solis?
 3        Q.   Yeah, Mr. Solis.  Sorry.
 4        A.   After Mr. Solis was -- after we were able to put
 5   handcuffs on him, I stayed in the -- in the same area where I
 6   was at from where I -- where I fired.
 7             There was plenty of other officers there rendering
 8   medical aid to Mr. Solis.
 9        Q.   Did you hear him saying anything?
10             I know you said he said, "I can't, I can't" when
11   there were commands for him to put his hands up after the
12   shooting.
13             Do you recall him saying anything else?
14        A.   He was saying something about his leg hurting,
15   his -- "Shot my leg, my leg hurts, I can't move it."
16        Q.   And you saw some blood coming from his leg at some
17   point?
18        A.   At -- on that day of the incident after I shot him,
19   and -- and yes, I saw blood coming from his leg.
20        Q.   How long did you stay at the scene after the
21   shooting?
22        A.   I would have to -- maybe about five to ten minutes.
23             It was after Mr. Solis was -- Mr. Solis was already
24   in the ambulance being transported.
25             I had given -- I stood by there.  We had other
```