# "EXHIBIT E"

## B. SUMMARY OF INCIDENT

1. <u>Description of Critical Incident</u>

On Wednesday, March 2, 2022, at approximately 1610 hours, California Highway Patrol (CHP), San Gorgonio Pass Area, Officer Michael Bell, ID 20350, and Riverside County Sheriff's Department (RSO) Deputy Salvadore Waltermire, ID 4340, were involved in a critical incident during the apprehension of a suspect, later identified as Edgar Alejandro Solis, which culminated in a combat shooting. The incident originated on the 600 block of North Taschner Drive, in the City of Hemet. The incident concluded at 614 North Hillmer Drive, in the City of Hemet. The following is a summary of the events surrounding the incident.

On Wednesday, March 2, 2022, for the patrol shift of 1500-0100 hours, Hemet Police Department (HPD) Detective Patrick Sobaszek, ID 10584, and CHP Officer Michael Bell, were working as partners, as part of the Riverside County Regional Gang Task Force, Region 3, assigned to patrol the Hemet and San Jacinto Valley. Detective Sobaszek was utilizing an HPD radio, with a call sign designation of Gang 431. Officer Bell was utilizing an HPD radio, with a call sign designation of Gang 435. Detective Sobaszek was driving an unmarked, 2019 HPD Ford Explorer Patrol Utility Interceptor Vehicle, painted all black, equipped with deck lighting (slick top), and bearing California license plate 1567803. Officer Bell was seated in the patrol vehicle's right front passenger seat. The patrol vehicle was not equipped with any form of audio or video recording device.

On March 2, 2022, for the patrol shift of 1500-0100 hours, RSO Deputy Salvadore Waltermire, ID 4340, was working as part of the Riverside County Regional Gang Task Force, Region 3, assigned to patrol the Hemet and San Jacinto Valley. Deputy Waltermire was utilizing an HPD radio, with a call sign designation of Gang 438. Deputy Waltermire was driving an unmarked, 2011 RSO Ford Crown Victoria, painted all silver, equipped with deck lighting (slick top), and bearing California license plate 1361465. Deputy Waltermire was wearing a body worn camera (BWC). This incident was partially captured on Deputy Waltermire's BWC, and the associated footage was booked into evidence at the RSO Hemet station (Section H, Annex 2). A digital copy of the BWC footage is located with this report on a disc labeled "BWC RSO Deputy Salvadore Waltermire." The patrol vehicle was not equipped with any form of audio or video recording device.

**Investigator's Note: This entire incident was broadcast on the HPD radio, and any and all radio broadcasts can be referenced on HPD Computer-aided dispatching (CAD) log number 2203020200.**

On March 2, 2022, HPD Sergeant Arthur Paez, ID 10459, received an email containing a Hemet Station Crime Analysis Unit "Be on the Look Out" (BOLO) for Solis and his vehicle, a 2005 Ford Mustang, green in color, bearing California license plate 8ZUZ840 (see as attachment in section B-4, Suspect Profile). Sergeant Paez entered the Mustang's license plate information into the Flock

Safety License Plate Reader Camera System (Flock). Shortly after entering the information into the Flock system, Sergeant Paez received information on his department-issued cellular phone that the Mustang was last seen traveling westbound on Menlo Avenue at North State Street, in the City of Hemet. Sergeant Paez forwarded this information via text message to Officer Bell, Detective Sobaszek, and Deputy Waltermire.

**Investigator's Note: The Flock system is a series of license plate readers placed at various locations throughout The City of Hemet and the City of San Jacinto.**

On March 2, 2022, at approximately 1607 hours, Detective Sobaszek was driving westbound on Menlo Avenue from State Street, with Officer Bell seated in the right front passenger seat of the patrol vehicle. As they passed North Taschner Drive, both Detective Sobaszek and Officer Bell observed a green Ford Mustang matching the description of the vehicle on the BOLO. The Mustang was stopped facing north, on the west side of North Taschner Drive, south of Menlo Avenue. Detective Sobaszek made a U-turn, traveled east on Menlo Avenue, and turned south onto North Taschner Drive. As Detective Sobaszek drove closer to the Mustang, he and Officer Bell recognized the driver as Solis, the suspect depicted on the BOLO. Detective Sobaszek activated the patrol vehicle's emergency lights and stopped facing the front of the Mustang.

Officer Bell exited the patrol vehicle and, based on the information provided in the BOLO, drew his primary duty weapon. Officer Bell made his way to his right, toward the driver's side of the Mustang, keeping distance between himself and Solis while ordering him to show his hands. Officer Bell was wearing a black t-shirt with white "Riverside County Regional Gang Task Force Police" shoulder emblems on each shoulder, a black load-bearing vest with a white "POLICE" patch on the right chest area, a cloth CHP badge on the left chest area, and blue denim jeans.

Detective Sobaszek exited the patrol vehicle and made his way to his left, near the passenger side of the Mustang. As Officer Bell was giving Solis commands to put his hands up, Detective Sobaszek observed Solis reaching his right hand under a towel, located on the center console of the Mustang. Detective Sobaszek drew his primary duty weapon and began giving Solis commands to show his hands. Detective Sobaszek was wearing a black, long sleeve shirt with white "Riverside County Regional Gang Task Force Police" shoulder emblems on each shoulder, the word "POLICE" down the length of each sleeve, a black load-bearing vest with a white "POLICE" patch on the right chest area, a cloth HPD badge on the left chest area, and blue denim jeans.

As Officer Bell and Detective Sobaszek were approaching the Mustang, Deputy Waltermire arrived on scene and stopped behind and to the left of Detective Sobaszek's patrol vehicle. Deputy Waltermire exited his patrol vehicle and approached the Mustang on the passenger side, stopping near the "A" pillar. Deputy Waltermire observed Solis reaching his right hand under a cloth, covering

the center console area as Officer Bell was reaching into the Mustang. As Officer Bell reached into the driver side window of the Mustang, Solis shifted into reverse. Deputy Waltermire, who had already drawn his baton, struck the Mustang's windshield in an attempt to obstruct Solis' view. Deputy Waltermire was wearing a green, long sleeve shirt with yellow "Riverside County Regional Gang Task Force Police" shoulder emblems on each shoulder, the word "SHERIFF" down the length of each sleeve, a green load-bearing vest with a yellow "SHERIFF" patch on the right chest area, a cloth RSD badge on the left chest area, and blue denim jeans.

At 16:09:00 hours, Solis drove in reverse, traveling south on North Taschner Drive toward the end of the cul-de-sac. After following the Mustang on foot for a short distance, Officer Bell yelled for Detective Sobaszek and Deputy Waltermire to move their respective patrol vehicles closer to provide cover. At 16:09:27 hours, Solis stopped the Mustang momentarily before accelerating forward at a high rate of speed. Solis turned right and entered the driveway of 632 North Taschner Drive. The Mustang subsequently collided with a blue Kia Sorrento, which was parked in the driveway, and continued east until it stopped in the backyard of the residence.

Officer Bell pursued the Mustang on foot as it sped away and entered the driveway of 632 North Taschner Drive. As Officer Bell entered the backyard, he observed Solis running in an easterly direction. Solis climbed a block wall at the rear of 632 North Taschner Drive and entered the backyard of 643 North Hillmer Drive. As Officer Bell pursued Solis over the block wall, he observed Solis had what appeared to be a firearm in his hand. Officer Bell broadcast Solis had a gun on the HPD radio. Solis continued through the yard of the residence and onto North Hillmer Drive. Solis fled south on North Hillmer Drive with Officer Bell in close pursuit and gaining ground. As Officer Bell pursued Solis, he clearly observed Solis was armed with a pistol. As Solis looked back, Officer Bell gave him commands to drop the weapon.

Solis continued running south and entered the driveway of 614 North Hillmer Drive. Solis continued through the driveway and carport area before passing a gate leading to the backyard of the residence. Solis stopped near a low chain-link fence, which was covered with privacy slats, and crouched down as Officer Bell approached. The privacy slats partially obstructed Officer Bell's view of Solis; however, Officer Bell was able to see Solis facing him while holding the firearm. ==Because Solis was crouched down, appearing to be lying in wait, and armed with a firearm, Officer Bell feared for the safety of nearby residents and his own life and, at 16:10:03 hours, fired several successive shots from his primary duty weapon at Solis.==

Immediately following the shooting, Solis fled in an easterly direction, around the rear of the residence. Officer Bell pursued Solis while attempting to maintain cover. Solis, now on the east side of the residence, continued north toward the front door. Officer Bell observed Solis turn and look back at him with the firearm in his hand. Officer Bell could see and hear back-up units arriving. Believing

B-1-3

AGO - 000012

Solis was going to enter the residence through the door, while in possession of the firearm, Officer Bell feared for the safety of the residents, responding back-up units, and his own life and engaged Solis at 16:10:09 hours, firing several successive shots from his primary duty weapon, just as Detective Sobaszek arrived on scene.

After the second volley of shots fired by Officer Bell, Solis crouched down on the steps leading to the front door of the residence. Officer Bell was unable to see Solis due to home furnishings blocking his view. Officer Bell could see additional back-up units approaching the residence from the front yard and yelled for them to stop. At 16:10:18 hours, Deputy Waltermire burst through the gate, entering the yard from the north, directly next to Solis. Officer Bell and Detective Sobaszek yelled for Deputy Waltermire to stop. Deputy Waltermire turned left toward a group of trash cans within the yard and subsequently observed Solis positioned to his right.

Deputy Waltermire dove behind the trash cans and, from his vantage point, could see Solis' left hand by the firearm. Believing Solis was reaching for the firearm, and fearing he would be shot or mortally wounded, Deputy Waltermire engaged Solis at 16:10:22 hours, firing several successive shots from his primary duty weapon.

Officer Bell then observed Solis sitting with both hands in front of him, with a firearm positioned on the ground to his left. Officer Bell observed Solis had been wounded during the gunfire. Solis was handcuffed, provided medical aid on scene, and transported by ambulance to Riverside University Health Systems Hospital.

**Investigator's Note: All times were obtained utilizing HPD CAD logs and BWC footage.**

**Investigator's Note: Officer Bell fired a total of eight (8) rounds between the two shooting incidents. Deputy Waltermire fired a total of eleven (11) rounds.**

**Investigator's Note: A loaded Colt .38 Special revolver was recovered next to Solis. The revolver was loaded with five (5) live rounds of ammunition and one (1) expended shell casing.**

AGO - 000013