# "EXHIBIT G"

## H. ANNEXES

3. Blood Alcohol/Toxicology Report

Edgar Alejandro Solis

On Wednesday, March 2, 2022, at approximately 2324 hours, Riverside County Sheriff's Department Investigator J. Manjarrez, ID 3882, obtained a blood sample that had been drawn from Edgar Alejandro Solis. The blood sample was obtained from the lab at Riverside University Health Systems Hospital.

The blood was booked into evidence at the Riverside County Sheriff's Department in Perris, CA to be sent for analysis.

On March 25, 2022, the Toxicology Report was received and showed the following results:

A photocopy of Edgar Solis' medical record is contained within this section. The medical record includes the following laboratory test results of the blood specimen taken from Edgar Solis:

Toxicological studies were performed on the sample taken from Edgar Solis. The sample was received by Bio-Tox Laboratories on March 10, 2022. The laboratory conducted a 10-panel Immunoassay Drug Screen. The results indicated the following:

- Amphetamines (Detected): Methamphetamine, LC/MS/MS 294 ng/mL; and Amphetamine LC/MS/S 23 ng/mL.
- Phencyclidine (PCP) (Detected): Phencyclidine, LC/MS/MS 15ng/mL.

A photocopy of the drug analysis is contained within this section.

CONFIDENTIAL                           AGO - 000392