# "EXHIBIT I"

5/28/24

David Klehm
Deputy Attorney General, CA DOJ
600 W. Broadway, Suite 1800
San Diego, CA 92101
Office Direct: (619) 738-9733
Email: David.Klehm@doj.ca.gov

Re: Edgar Solis

Dear Mr. Klehm:

Per your request, I have had the opportunity to review the medical records regarding the care given to Edward Solis, including his Hospitalization on 3/2/2022.

1. **Qualifications as an expert witness:**

I am a residency-trained and board-certified emergency physician with 30 years of experience as a treating physician, with six of those years (2012-2018) as the medical director of the emergency department at Mission Hospital in Mission Viejo, California. I received my undergraduate degree from California State University, Fullerton in 1987. I received my Doctor of Medicine degree in 1991 from the University of California, Irvine, following which I completed an Emergency Medicine residency at UC Irvine Medical Center in 1994. I have been an Emergency Department Attending Physician at Mission Hospital and Regional Medical Center & Children's Hospital at Mission since 1996 and was the Medical Director from 2012 - 2018. I am currently the director of medical education. I am board-certified in Emergency Medicine by the American Board of Emergency Medicine. Since 2012, I have been the Emergency Medicine quality assurance director for the Trauma Program at Mission Hospital as well as CHOC Children Hospital at Mission. I oversee the education of all medical staff members at both hospitals for procedural sedation. I have also lectured extensively on street drug use, recognition, and abuse. My CV is attached as Exhibit "A". Ex "B" testimony.

It should be noted that over the past 20+ years, I've consulted on a number of cases for both the plaintiff and defense on matters concerning issues in emergency medicine. Because of my background, training, and experience, I am well familiar with the medical issues regarding the presentation and treatment of severe trauma and drug intoxication.

Furthermore, if necessary, I can be available to testify in deposition and court on the medical issues and standards of care regarding the evaluation and treatment of Edgar Solis.

In reaching my opinions for this case, I reviewed the following items:

**Medical Records**
1. Riverside University Health System (RUHS) Medical Records

**Video**
1. Ring Video

**Depositions**
2. Officer Michael Bell

I thereafter applied my education and knowledge from medical school, my emergency medicine residency, my continuing medical education, and my 30 years of experience as an emergency physician treating over 100,000 patients to evaluate the injuries and clinical effects of PCP and methamphetamines on Edgar Solis.

The opinions contained herein are entirely my own. I have not consulted or communicated with others to arrive at these opinions.

# RUHS - ER visit and Hospitalization (3/2/2022)

### ED Nursing Notes by Valenzuela, Paola, RN at 03/02/22 1756 (B9)

Waukesha Rene Doe (Edgar Solis) is a 40 y.o. male BIB AMR for penetrating injuries. Upon trauma team assessment, penetrating injuries are as follows: right hand, right wrist, mid thoracic back, right buttock, and left buttock. Pt arrived on a nonrebreather at 15 L. Per report; pt was in and out of consciousness. Upon arrival, pt was awake, asking for water, GCS 15. Pt has tourniquets to BLE. Needle T to right side present upon arrival.

### Trauma Team H&P by Dr Park (B25)

PATIENT COMPLAINT: asking for water

DETAILS OF INCIDENT: 40M w/ unknown history p/w multiple GSW. Per report, patient was in and out of consciousness en route. Needle thoracostomy placed in right anterior chest. Upon arrival, GCS 15, hypotensive with palpable pressure of 90, tachycardic. Tourniquets were placed on scene. 2u pRBC, 2u FFP given through rapid infuser. Tourniquets were taken down and thready pulses were palpable on bilateral pedal pulses. Patient was turned to the back, found to have penetrating wound over mid thoracic spine, and bilateral buttock penetrating

2

wounds. Patient had multiple penetrating wounds to RLE and single penetrating wound to left knee. Two penetrating wound to right hand/wrist. Patient was in and out of consciousness in trauma bay, intubated for airway protection.

GLASCOW COMA SCORE FOR ADULT
EYES: Spontaneous: 4
VERBAL: Oriented, converses normally: 5
MOTOR: Obeys: 6


Initial Vital Signs in the Trauma Room:
Temp: 97.5 °F (36.4 °C)
Heart Rate: 150
Respirations: 40
Blood Pressure: 132/92
MAP (mmHg): 102 mmHg
SpO2: 100 %

**Head:** normocephalic / atraumatic
**Eyes:** EOMI, bilaterally reactive to light
**ENT:** No discharge
**Neck:** Supple, non-tender
**Respiratory/Chest:** breath sounds clear & equal
**Cardiovascular:** regular rate and rhythm
**Abdomen:** soft, non-tender, non-distended
**Back:** Single penetrating wound over mid thoracic spine, 1x penetrating wound to each buttock
**Pelvis:** non-tender, stable to anterior-posterior/lateral compression
**Right Upper Extremity:** 2x penetrating wound to hand/wrist
- Motor: spontaneous movement
- Sensation: Normal/intact

**Left Upper Extremity:** no palpable long bone deformities
- Motor: spontaneous movement
- Sensation: Normal / intact

**Right Lower Extremity:** 6x penetrating wound to distal tib/fib
- Motor: spontaneous movement
- Sensation: Normal / intact

**Left Lower Extremity:** 1x penetrating wound to left knee
- Motor: spontaneous movement
- Sensation: Normal / intact

**Rectal:** Appropriate gluteal squeeze
**Genitourinary:** normal genitalia
**Skin:** Multiple penetrating wounds, as listed above

### Diagnostic Testing

Initial Trauma Labs 03/02/22 1705

WBC 16.3*
HGB 13.1
HCT 39.3
MCV 90.9
MCHC 33.2
RDW 14.0
PLT 254

NA 140
K 4.2
CL 109
CO2 15
BUN 14
CREATININE 1.8
TOTALBILI 0.4
AST 27
ALT 28
ALBUMIN 3.2
ALKPHOS 96
CA 8.0
MG 2.6
PHOS 4.3

PTT 25.5
INR 1.2
LACTATE -- 14.06

### Initial Imaging Studies

**CT Angio Abd Aorta-Aif W Wo Contrast**
Result Date: 3/2/2022
Clinical History/Indication for Exam: trauma CT ANGIOGRAPHY ABDOMEN AND PELVIS WITH RUNOFF TO THE LOWER EXTREMITIES WITH INTRAVENOUS CONTRAST
INDICATION: trauma

4

IMPRESSION:
1. Comment comminuted fractures of the distal tibia and fibula.
2. Retained metallic shrapnel within the soft tissues and muscles of the right calf and leg.
3. No evidence of contrast extravasation. Detail is limited below the knee of the distal right leg due to extensive soft tissue changes related trauma.
4. Complex fractures of the distal tibia and fibula. Electronically SIGNED by Peter Piampiano, M.D. on 03/02/2022Pacific Time )

**CT C-Spine WO Contrast**
Result Date: 3/2/2022 Clinical History/Indication for Exam: Trauma CT CERVICAL SPINE WITHOUT INTRAVENOUS CONTRAST INDICATION: Trauma TECHNIQUE

IMPRESSION:
1. Nondisplaced fracture suspected of the left posterior first rib.
2. No definite acute bony injury seen in the cervical spine with small presumed accessory ossicle seen at the top of the dens.
3. Extensive soft tissue air in the posterior subcutaneous tissues.
Electronically SIGNED by Daniel Lucas, M.D. on 03/02/2022

**CT Head WO Contrast**
Result Date: 3/2/2022 Clinical History/Indication for Exam: Trauma CT HEAD WITHOUT INTRAVENOUS CONTRAST INDICATION: Trauma TECHNIQUE

IMPRESSION: No intracranial hemorrhage. No fracture. Electronically SIGNED by Michael Witkosky, M.D. on 03/02/2022

**CT L-Spine WO Contrast**
Result Date: 3/2/2022 Clinical History/Indication for Exam: trauma gsw CT LUMBAR SPINE WITHOUT INTRAVENOUS CONTRAST INDICATION: trauma gsw

IMPRESSION: Normal lumbar spine CT. Electronically SIGNED by Daniel Lucas, M.D. on 03/02/2022 @18:56

**CT T-Spine WO Contrast**
Result Date: 3/2/2022 Clinical History/Indication for Exam: trauma gsw thoracic CT THORACIC SPINE WITHOUT INTRAVENOUS CONTRAST INDICATION: trauma gsw thoracic

IMPRESSION:
1. Questionable irregularity of the left posterior first rib.
2. No definite fracture is seen in the
thoracic spine.
3. There is a large amount of soft tissue air in the posterior soft tissues to the right of midline.
Electronically SIGNED by Daniel Lucas, M.D. on 03/02/2022 (18:59 Pacific Time )

### XR Chest Single View
Result Date: 3/2/2022 Clinical History/Indication for Exam: GSW RADIOGRAPH OF THE CHEST 1 VIEW INDICATION: GSW

IMPRESSION: 1. No acute cardiopulmonary disease. 2. Multiple bullet fragments overlie the right lateral clavicle. Right clavicle and scapula fractures cannot be excluded. Electronically SIGNED by Michael Witkosky,M.D. on 03/02/2022 18:36

### XR Pelvis Ap Only
Result Date: 3/2/2022 Clinical History/Indication for Exam: trauma RADIOGRAPHS OF THE PELVIS 1 OR 2 VIEWS INDICATION: trauma

IMPRESSION:
1. There is a metallic foreign body overlying the left iliac wing. There is subcutaneous emphysema within the left medial thigh region
2. A follow-up CT scan would be helpful
Electronically SIGNED Tahir Alkhairy, M.D. on 03/02/2022 18:34

### Trauma CTA N/C/A/P With Contrast

IMPRESSION: No traumatic injury of the arterial vessels in the neck. CT SCAN CHEST, ABDOMEN, AND PELVIS A CT scan of the chest, abdomen, and pelvis was performed administering 150 cc intravenous Omnipaque 350 to obtain a late arterial phase acquisition on a multidetector CT scan. Dose reduction technique was applied. A bullet is lodged in the right subscapularis muscle with adjacent tiny fragments. There is prominent soft tissue emphysema in the upper back region predominantly to the right of midline. Bilateral prominent lower lobe atelectasis is present without pneumothorax, hemothorax, or pulmonary contusion. The heart size is normal. There is no pericardial effusion. The trachea and central bronchi are patent. The thoracic aorta has a normal caliber without evidence of injury. There are no apparent thoracic skeletal fractures. The bullet fragment adjacent to the scapula is causing prominent spray artifact and a subtle fracture in this area in the scapula could be obscured. The stomach contains some food. The gallbladder has a normal appearance without evidence of calcified gallstones or gallbladder wall thickening. The liver, spleen, pancreas, adrenal glands, and kidneys all have a normal appearance without laceration or contusion. There is no hemoperitoneum or pneumoperitoneum. No lumbar spine fractures are present. The abdominal aorta is intact. There is no aortic aneurysm or tear. The bowel has a grossly normal caliber. Images of the pelvis demonstrates no hip or pelvic fracture. The urinary bladder has sharp contours and appears to be intact. A balloon catheter was placed in the rectum and there was installation of contrast into the large intestine revealing no evidence of a large intestine injury. There is a bullet fragment lies in the left gluteus medius muscle. A bullet fragment is present in

this anterior subcutaneous fat of the proximal right thigh. There is soft tissue emphysema is intramuscular in the lateral right thigh and the medial left upper thigh.

IMPRESSION:
1. Gunshot wounds have been sustained in the right upper back and scapular region, left gluteal region, and the right anterior upper thigh. Bullet fragments are present in each of these 3 levels.
2. The bullet adjacent to the scapula produces a prominent spray artifact and could be obscuring a scapular fracture.
3. Prominent atelectasis in both lungs without pneumothorax or hemothorax. Electronically SIGNED by Paul Lampert M.D. on 03/02/2022 @ 19:56

Trauma Procedures on 3/2/22
1) Application of a 3-sided short leg splint CPT (29125)
2) Closed reduction of right open tibia fracture CPT 27752
3) Application of a sugar tong splint CPT 29125
4) Closed reduction of right comminuted capitate, hamate, and proximal 1/3rd and fourth metacarpal fractures
5) Endotracheal Intubation
6) Transfusion of 2 units of pRBCs
7) Transfusion of 2 units of FFP
8) IV antibiotics and Tetanus update

DIAGNOSES
External/Skin: multiple GSW to back, buttock, R hand, RLE, LLE
Head/Face: no acute traumatic injuries
Neck (excluding spine): no acute traumatic injuries
Thorax: 1st left posterior rib fx, penetrating wound mid-thoracic back
Abdomen/Pelvis Contents: No acute traumatic injuries
Spine: No acute traumatic injuries
Extremities/Bony Pelvis: complex fracture of right tib/fib
Non-Trauma Diagnoses/Chronic Ongoing Medical Problems: unknown

Plan:
-PRN pain control
-Orthopedic consult for multiple fractures
-SICU admission for hemodynamic monitoring and ventilator management
-Q1 neurovascular check RUE, RLE
-CONSULTS: Ortho

**Results of Toxicology Testing**

The RUHS urine drug toxicology screen was collected at 2237 PM on 3/2/22 (B2673). It resulted at 2320 PM. The results were positive for opiates, phencyclidine, and amphetamine. Of note, the patient had been given intravenous narcotics for pain control

7

prior to the collection of the sample, which would explain the positive opioid drug screen. Amphetamine is a metabolic byproduct of methamphetamine.

There was also a blood sample tested by Bio Tox Laboratories. The label on the sample was (DOE, WAUKESHA RENE). This was the alias name assigned to Mr. Solis by the RUHS trauma center. This is routinely done for all major trauma patients for safety, security, and privacy and to help expedite care.

Results of Quantitative Forensic Toxicology Testing – **BioTox Laboratories**

Sample Obtained 3/2/22
Sample Received 03/10/22
AGENCY NUMBER MB22061001
DATE REPORTED 03/25/22
Specimen: Plasma

6-PANEL IMMUNOASSAY DRUG SCREEN:
AMPHETAMINES, BENZODIAZEPINES, CANNABINOIDS, COCAINE AND/OR METABOLITE, OPIATES AND PHENCYCLIDINE (PCP)

| TEST | RESULTS |
|---|---|
| AMPHETAMINE | DETECTED |
| METHAMPHETAMINE, LC/MS/MS | 294 ng/mL ** |
| AMPHETAMINES, LC/MS/MS | 23 ng/mL ** |

NOTE: NAME ON SAMPLE IS DOE, WAUKESHA RENE

*ANALYSIS BY: ALEXIS SCHROEDER
**ANALYSIS BY: KRISTEN STEWARD

| TEST | RESULTS |
|---|---|
| PHENCYCLIDINE (PCP) | DETECTED* |
| PHENCYCLIDINE, LC/MS/MS | 15 ng/mL** |

*ANALYSIS BY: ALEXIS SCHROEDER
**ANALYSIS BY: OLA BAWARDI

### Interpretation of testing from both RUHS and Bio Tox Laboratory.

The testing performed by RUHS trauma center was a qualitative urine test (either positive or negative). The testing performed by BioTox laboratories was a quantitative test with serum levels. The results of the Bio Tox lab analysis would yield a lower level that what was in hisn system at the time of the shooting due to blood serum dilution. Mr. Solis had lost a large volume of blood and had some episodes of pre-hospital hypotension. Additionally, he received both IV fluids from the paramedics and Trauma Team, as well as two units of packed red cells and two units of fresh frozen plasma. The combined volume of this Resuscitation is approximately 60-70% of his blood total volume that was replaced. This means that the true value of the PCP and Amphetamine blood levels before his blood loss and replacement would be double to triple those actually obtained from the post-resuscitation blood draw from the effects of dilution. This "dilution effect" would have little effect on the drugs that have already crossed the blood-brain barrier and have entered the central nervous system. This opinion is confirmed by his behavior in the trauma resuscitation suite, where he was asking for water.

The reason that opioids are present in the urine sample collected at RUHS and not the Bio Tox sample is that the urine was not obtained until 2237 PM, and he had already been given intravenous opioid pain medication while at RUHS. It arrears from the medical MAR that the first dose of hydromorphone was given at 1846, which is before the urine sample was collected at 2237 pm.

### Effects of the Drugs Detected in Mr Solis's system

Phencyclidine (PCP), also known as "Angel Dust," was initially developed in the 1950s as an intravenous anesthetic. However, due to its side effects—such as postoperative delirium, confusion, and hallucinations—it was discontinued for human medical use. PCP is abused for its mind-altering effects and is no longer legally manufactured or used for medical purposes in the United States.

## PCP pharmacology and its relationship to pain:

Dissociative Effects: PCP is considered a "dissociative" illicit drug because it distorts sight and sounds and leads to a feeling of detachment from oneself. Users experience altered perceptions and a sense of disconnection from reality. They may appear unconscious as a result of the dissociative effects. Unlike Opioids, which lead to respiratory depression, PCP has no effect on respirations.

Administration: PCP is available in various forms—tablets, capsules, crystals, and colored powders. It can be taken orally, insufflated (snorted), or even injected. Smoking is the most common method of abuse.

Chemistry and Pharmacology: PCP is chemically known as 1-(1-phencyclohexyl) piperidine. It acts as both a hallucinogen and a dissociative drug. It blocks the normal actions of neurotransmitters, such as dopamine, leading to feelings of euphoria. Additionally, PCP disrupts glutamate, which modulates pain, memory, and emotions.

Quick Onset: When smoked, PCP's effects occur rapidly—typically within 2 to 5 minutes. Peak effects occur within 15 to 30 minutes. Oral use takes longer, with effects appearing within an hour.

Duration: The effects of PCP can last 4 to 8 hours, depending on the dose. Larger doses can lead to hallucinations.

Analgesic Properties: Interestingly, PCP has central nervous system (CNS) sedative properties. Due to this, users might not feel pain when seriously injured. This would explain why Mr. Solis continued to evade Officer Bell and would not drop his weapon after being shot in the back.

## Methamphetamine, a powerful stimulant, can have significant effects on the body and brain.

Pharmacology:
- Methamphetamine belongs to a class of compounds called phenethylamines.
- It stimulates the central nervous system (CNS).
- Excessive dopamine release during intoxication contributes to its effects.
- Neurotransmitter glutamate levels may increase, potentially causing neurotoxic effects.

Symptoms of Intoxication:
- Cardiopulmonary symptoms: Chest pain, Tachycardia, and Tachypnea.
- Central Nervous System (CNS) symptoms: Agitation, delusions, and hallucinations.
- Psychosis: Methamphetamine-induced psychosis may present with catatonia or schizophrenic behavior.

Pain Perception:
- Methamphetamine use can alter pain perception due to its impact on neurotransmitters and CNS activity.

Thus, the PCP and methamphetamine in Mr Solis's system had an additive effect on inhibiting his pain perception.

## Summary:

After a thorough review of this case and as outlined in my report, it is my professional opinion that the reason Mr. Solis had an extremely high pain tolerance was a result of the drugs in his system, including PCP and methamphetamine.

Evidence of this disassociated behavior was the fact that he had multiple fractures (Left rib fracture, right open complex tibial fibula fracture, right capitate fracture, right hamate fracture, third metacarpal fracture, 4th metacarpal fracture) as well as soft tissue skin and muscle injuries. Rather than asking for pain medication, he was asking for a glass of water when he arrived at the trauma room. (Bates 9 & 26 RUHS) The multiple fractures and soft tissue injuries he sustained are extremely painful. A patient who is clinically sober and not under the influence of drugs such as PCP and methamphetamines would be in agonizing pain from multiple fractures and soft tissue injuries. They would be asking for pain medication rather than water.

It is also my opinion that the PCP and methamphetamine intoxication was the reason that he did not surrender after being shot in the initial volley of gunfire. Rather, he had to be shot multiple times before he surrendered (Bell Depo p88, 92, 93).

Further, as outlined above, the dilution effect occurred as a result of blood loss and replacement. He had a transfusion of 4 units of blood products as well as Intravenous fluids led to a measured level of PCP and Methamphetamines in the blood, much lower than the level in his system when the shooting occurred. Simply put, the blood he lost as a result of the gunshot wounds was replaced with clean blood and IV fluids leading to a lower level of drugs detected in his system.

All of my opinions are to a reasonable degree of medical probability. If new or additional materials are provided, I reserve the right to supplement my opinions.

If I can be of further assistance, please feel free to contact me at any time. Thank you for the opportunity to comment on this case.

Sincerely yours.

Michael S Ritter, MD, FACEP
Director of Medical Education
Emergency Services
Mission Hospital
27700 Medical Center Rd.
Mission Viejo, CA 92691