# "EXHIBIT M"

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CareConnect Partners**



RUH 4400 DCU
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Solis, Edgar Alejandro
MRN: 9515451, DOB: 8/15/1986, Sex: M
Acct #: 50002239348
Adm: 3/2/2022, D/C: 4/6/2022

## ED Notes. (continued)

### ED Notes signed by Valenzuela, Paola, RN at 03/02/22 1710 (continued)

03/02/22 1710

Electronically signed by Valenzuela, Paola, RN at 03/02/22 1710

### ED Notes signed by Valenzuela, Paola, RN at 03/02/22 1708

Author: Valenzuela, Paola, RN
Filed: 03/02/22 1708
Editor: Valenzuela, Paola, RN (Registered Nurse)
Service: —
Date of Service: 03/02/22 1707
Author Type: Registered Nurse
Status: Signed

1 unit FFP started

Valenzuela, Paola, RN
03/02/22 1708

Electronically signed by Valenzuela, Paola, RN at 03/02/22 1708

### ED Notes signed by Valenzuela, Paola, RN at 03/02/22 1707

Author: Valenzuela, Paola, RN
Filed: 03/02/22 1707
Editor: Valenzuela, Paola, RN (Registered Nurse)
Service: —
Date of Service: 03/02/22 1705
Author Type: Registered Nurse
Status: Signed

2 Unit PRBCS started per Dr. Albini

Valenzuela, Paola, RN
03/02/22 1707

Electronically signed by Valenzuela, Paola, RN at 03/02/22 1707

### ED Notes signed by Valenzuela, Paola, RN at 03/02/22 1706

Author: Valenzuela, Paola, RN
Filed: 03/02/22 1706
Editor: Valenzuela, Paola, RN (Registered Nurse)
Service: —
Date of Service: 03/02/22 1705
Author Type: Registered Nurse
Status: Signed

Pt in and out of consciousness, preparing to intubate per Dr. Albini

Valenzuela, Paola, RN
03/02/22 1706

Electronically signed by Valenzuela, Paola, RN at 03/02/22 1706

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**



**CareConnect Partners**
Riverside University HEALTH SYSTEM

RUH 4400 DCU
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Solis, Edgar Alejandro
MRN: 9515451, DOB: 8/15/1986, Sex: M
Acct #: 50002239348
Adm: 3/2/2022, D/C: 4/6/2022

**Encounter Notes (continued)**

**Progress Notes signed by Agapian, John Varujan, MD at 04/01/22 1458 (continued)**

**HCO3 (RUH)**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 03/03/2022 | 23.1 | 22.0 - 26.0 mmol/L | Final |

**BE (RUH)**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 03/03/2022 | -2.4 (L) | -2.0 - 2.0 mmol/L | Final |

**Recent Labs**

| Lab | 03/02/22 1705 | 03/03/22 0215 | 03/03/22 0518 |
|---|---|---|---|
| NA | 140 | 137 | **134*** |
| K | 4.2 | **5.4*** | 4.8 |
| CL | **109*** | 105 | 101 |
| CO2 | **15*** | 28 | 26 |
| BUN | 14 | 16 | 17 |
| CREATININE | **1.8*** | **1.7*** | **1.7*** |
| TOTALBILI | 0.4 | 0.8 | -- |
| AST | 27 | **273*** | -- |
| ALT | 28 | 59 | -- |
| ALBUMIN | **3.2*** | **3.1*** | -- |
| ALKPHOS | 96 | 87 | -- |
| ANIONGAP | **16.0*** | **4.0*** | 7.0 |
| CA | **8.0*** | **7.8*** | **7.1*** |
| MG | **2.6*** | **2.9*** | **2.8*** |
| PHOS | 4.3 | **6.4*** | **5.8*** |

**Recent Labs**

| Lab | 03/02/22 1705 | 03/03/22 0215 | 03/03/22 0518 |
|---|---|---|---|
| WBC | **16.3*** | **12.8*** | **11.7*** |
| HGB | 13.1 | 13.1 | 13.2 |
| HCT | 39.3 | 38.6 | 37.0 |
| MCV | 90.9 | 87.0 | 88.4 |
| MCHC | 33.2 | 34.0 | **35.5*** |
| RDW | 14.0 | **15.7*** | **15.9*** |
| PLT | 254 | 186 | 169 |
| MPV | **11.1*** | 10.3 | **10.5*** |

Generated on 5/16/22  1:23 PM                                                                 Page 69