**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9567
  Fax: (619) 645-2581
  E-mail: David.Klehm@doj.ca.gov

*Attorneys for Defendant* STATE OF CALIFORNIA and MICHAEL BELL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA; MICHAEL BELL; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:23-cv-00515-HDV-JPR <br><br> [*Honorable Hernán D. Vera*] <br> Magistrate Judge Jean P. Rosenbluth <br><br> **JOINT REPORT REGARDING SETTLEMENT** <br><br> **Final Pretrial Conference:** <br> Date:   October 8, 2024 <br> Time:   10:00 a.m. <br> **Trial:** <br> Date:   October 29, 2024 <br> Time:   09:00 a.m. <br> Place:   Courtroom 10D |

1. Pursuant to this Court's Order (Doc. 25) that the parties submit a Joint Report regarding the outcome of settlement discussions:

    The parties engaged in a mediation with mediator Richard Copeland on September 3, 2024. No resolution was met at that time. Plaintiff and defendant remain willing to negotiate a resolution in good faith.

Respectfully Submitted,

DATED:  September 10, 2024      **LAW OFFICES OF DALE K. GALIPO**
                                **LAW OFFICES OF GRECH & PACKER**


By:  _____/s/    Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*


DATED:  September 10, 2024      ROB BONTA
                                Attorney General of California
                                RHONDA L. MALLORY
                                Supervising Deputy Attorney General


By:  _____/s/    David Klehm_____
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendant* State of California (by and through the California Highway Patrol) and Michael Bell