IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,**<br><br>Defendants. | Case No. 5:23-cv-00515-HDV-JPR<br><br>**ORDER RE: DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF OFFICERS' PERSONNEL RECORDS**<br><br>Date:　　　　October 1, 2024<br>Time:　　　　10 a.m.<br>Courtroom:　5B<br>Judge:　　　*Honorable Hernán D. Vera*<br>Trial Date:　October 29, 2024<br>**Action Filed:**　2/02/2023 |

  Defendants' Motion in Limine No. 1 to Exclude Evidence of Officer's Personnel Records came on regularly for hearing before this Court.

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the motion is granted.

    IT IS FURTHER ORDERED THAT plaintiffs and plaintiffs' counsel, and through them, each and every one of their witnesses, are precluded from mentioning, or in any other manner conveying to the jury any testimony relating to personnel matters, prior complaints concerning job performance or prior disciplinary issues regarding any defendant or any officer who testifies in this

1  matter.
2      IT IS FURTHER ORDERED THAT plaintiffs and plaintiffs' witnesses shall
3  not mention, refer to, interrogate concerning, or attempt to convey to the jury in any
4  manner, either directly or indirectly, the evidence mentioned herein, without first
5  obtaining permission of the Court outside the presence and hearing of the jury; shall
6  not to make any reference to the fact that this motion has been filed, and/or granted;
7  and are warned and cautioned to strictly follow these instructions.

10  Dated: _____     _____
                                       *Honorable Hernán D. Vera*

# CERTIFICATE OF SERVICE

| Case Name: | **Edgar Solis v. County of Riverside, et al.** | No. | **5:23-cv-00515-HDV-JPR** |
|---|---|---|---|

I hereby certify that on <u>September 10, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### ORDER RE: DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF OFFICERS' PERSONNEL RECORDS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 10, 2024</u>, at Los Angeles, California.

| J. Sissov | */s/ J. Sissov* |
|---|---|
| Declarant | Signature |

SD2023800661