ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
　600 West Broadway, Suite 1800
　San Diego, CA 92101
　P.O. Box 85266
　San Diego, CA 92186-5266
　Telephone:  (619) 738-9733
　Fax:  (619) 645-2581
　E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendant State of California
(by and through the California Highway Patrol)
[erroneously sued as "State of California"]
and Michael Bell*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,**<br><br>　　　　　　　　　　　Defendants. | 5:23-cv-00515-HDV-JPR<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Date:　　　　October 8, 2024<br>Time:　　　　10:00 a.m.<br>Courtroom:　10D<br>Judge:　　　　The Honorable Hernan D. Vera<br>Trial Date:　October 29, 2024<br>Action Filed: 2/02/2023 |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEY OF RECORD:**

　　Defendants' California Highway Patrol and Michael Bell hereby serves the following witnesses which may be called at during trial, and as a draft of

Defendants' Witness List. Defendants' reserve the right to supplement or amend this list.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| M. Vargas, Lieutenant, CHP San Gorgonio Pass | Stationed at San Gorgonio Pass Area Office, Field Operations. Involved in post-shooting investigation and knowledge of Defendant Bell's tactical training. | 45 minutes | 45 min | |
| D. Harris, Sergeant, CHP San Gorgonio Pass | Stationed at San Gorgonio Pass Area Office, Field Sergeant and knowledge of Defendant Bell's tactical training. | 45 minutes | 45 min | |
| C. Hamilton, Lieutenant, CHP Border Division CIIT | CHP Critical Incident Investigation Team, Leader. Involved in CHP critical incident investigation of the incident involving use of force on Plaintiff. | 1 hour | 1 hr | |
| J. Kawanaka, Sergeant, CHP Border Division CIIT | CHP Critical Incident Investigation Team, Lead Administrative Investigator. Involved in CHP critical incident investigation of the incident involving use of force on Plaintiff. | 45 minutes | 45 min | |
| Daniel Moody, Detective | Riverside County Sheriff Department involved in the subsequent scene control or incident investigation and plaintiff's blood sample. | 45 minutes | 45 min | |
| J. Manjarrez, Detective | Riverside County Sheriff Department officials. Collected white bag of powdery | 30 minutes | 30 min | |

2

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | substance from plaintiff's car suspected fentanyl and blood sample. | | | |
| A. Ditfurth, Deputy | Riverside County Sheriff Department official involved in the incident investigation. Surveillance video from 642 Taschner Drive and plaintiff's firearm forensic analysis. | 30 minutes. | 30 min | |
| Daniel Cline, Deputy | Riverside County Sheriff Department official involved in the incident investigation, obtained pictures, DNA swab, and Scanner data. | 20 minutes | 20 min | |
| Jennifer Jernegan, Lead Forensic Evidence Supervisor | Riverside County Sheriff Department officials involved in the incident investigation. | 20 minutes | 20 min | |
| Yesika Alvarado, Forensic Evidence Technician | Riverside County Sheriff Department official involved in the incident investigation. Captured pictures of scene, bullet holes and charted plaintiff's firearm. | 40 minutes | 40 min | |
| A. Carey, Forensic Services Bureau Technician | Riverside County Sheriff Department official involved in the incident investigation. Obtained pictures of scene and plaintiff in hospital and first aid supplies and clothing. | 20 minutes | 20 min | |
| Venderfees, Forensic Services Burau | Riverside County Sheriff Department official involved in the incident | 20 minutes | 20 min | |

3

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Technician | investigation. Obtained pictures of pursuit termination at 632 Taschner Drive and point of rest of plaintiff's car and carport damage. | | | |
| Esteban Carranza, Investigator | Riverside County District Attorney's Investigator involved in the criminal investigation of the incident. | 30 minutes | 30 min | |
| J. Gonzalez, Lieutenant | Hemet Police Department Officer responded to the area where Plaintiff fled and where shots were fired and involved in the subsequent scene control or incident investigation. | 30 minutes | 30 min | |
| D. Maddox, Sergeant | Hemet Police Department Officer responded to the area where Plaintiff fled and where shots were fired and involved in the subsequent incident investigation. | 30 minutes | 30 min | |
| G. Gomez, Detective | Hemet Police Department Officer involved in the incident investigation. | 20 minutes | 20 min | |
| Kristen Steward, M.S., D-ABFT-FT or Erin Crabtrey, MS., D-ABFT-FT-Laboratory Director | Bio-Tox Laboratories Personnel involved in the testing and analysis of blood obtained from Plaintiff. | 30 minutes | 30 min | |
| Greg Meyer, Captain (Ret.) | Police Practices Expert will explain POST standards from basic law enforcement training and use of force tactics | 2 hours | 1 hr, 15 min – 1 hr 30 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | applicable to facts of this case. | | | |
| Parris Ward, Forensic Video Analyst | Forensic video/audio analyst. Will testify regarding his assessment of BWC footage and security cameras near the shooting location and information that can be derived in relation to incident shooting. | 1 hour | 45 min | |
| Ronald Kvitne, M.D. | Board certified orthopedic surgeon medical expert will testify about his review and analysis of plaintiff's medical records as they pertain to Plaintiff's injuries including further treatment. | 45 minutes | 30-40 min | |
| Michael Ritter, M.D. | Emergency Medicine expert will testify about his review and analysis of plaintiff's Toxicology drug results positive for methamphetamine and PCP and other medical records pertaining to Plaintiff's injuries. | 1 hour | 45 min | |
| | | | | |
| Leslie Martinez, Resident at 614 North Hillmer | Resident of the property where the incident occurred who heard yelling and gunshots. | 20 minutes | 20 min | |
| Marlene Sue Biggs, Resident at 634 North Hillmer | Resident who observed 2-3 officers chase a male adult and heard gunshots | 20 minutes | 20 min | |
| Jose Jesus Rodriguez, Resident 623 North Hillmer Drive | Heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting | 20 minutes | 20 min | |

| | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | and the words "He's got a gun" followed by numerous gunshots | | | |
| | Ana Rodriguez, Resident 623 North Hillmer Drive | Heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| | Liliana Rodriguez, Resident 623 North Hillmer Drive | Heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| | Pearo Rodriguez, Resident 603 North Hillmer Drive | Resident who provided surveillance video from camera mounted to front of residence | 20 minutes | 20 min | |
| | Florina Maria Mandujano, Resident 603 North Hillmer Drive | Resident who provided surveillance video from camera mounted to front of residence | 20 minutes | 20 min | |
| | Thomas Jordan, Resident 603 North Hillmer Drive | Resident who provided surveillance video from camera mounted to front of residence | 15 minutes | 15 min | |
| | Richard Contla, Resident 622 North Taschner Drive | Resident who heard a crashing sound and observed the suspect jump over an east wall. Then heard one of the officers yell, "He's got a gun" followed by numerous gunshots and shouting. Mr. Contla recognized suspect, | 30 minutes | 30 min | |

6

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | having seen him in the area before the incident. | | | |
| Kathy Lynn Cassel, Resident 632 North Taschner Drive | Resident of the area where the suspect collided with the Kia Sorrento causing damage to the Kia, support post for the parking stall awning and block wall | 20 minutes | 20 min | |

Dated: September 9, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*David Klehm*

DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendant State of California (by and through the California Highway Patrol) [erroneously sued as "State of California"]
and Michael Bell*

*Indicates that witness will be called only if the need arises.

SD2023800661
84716800.docx

7

# CERTIFICATE OF SERVICE

| Case Name: | **Edgar Solis v. County of Riverside, et al.** | No. | **5:23-cv-00515-HDV-JPR** |
|---|---|---|---|

I hereby certify that on <u>September 10, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANTS' WITNESS LIST

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 10, 2024</u>, at Los Angeles, California.

| J. Sissov | /s/ J. Sissov |
|---|---|
| Declarant | Signature |

SD2023800661