LINK 58

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EDGAR SOLIS, | Case No.: 5:23−cv−00515−HDV−JPR |
|---|---|
| Plaintiff, | [*Honorable Hernán D. Vera*] |
| vs. | Magistrate Judge Jean P. Rosenbluth |
| STATE OF CALIFORNIA; and MICHAEL BELL, | [~~PROPOSED~~] ORDER [~~DENYING~~] [GRANTING] PLAINTIFF'S APPLICATION FOR LEAVE TO FILE VIDEOS UNDER SEAL |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having Considered Plaintiff's Application for Leave to File Documents Under Seal, this Court finds that:

[GOOD CAUSE DOES NOT EXIST] to grant Plaintiff's Application. PLAINTIFF'S APPLICATION TO FILE UNDER SEAL IS DENIED. The document attached to the Declaration of Marcel F. Sincich (Defendant Michael Bell's statement to investigators) in support of Plaintiff's Motions *in Limine* is to be FILED REGULARLY though the Court's CM/ECF system:

-1-   Case No. 2:22-cv-05620 MCS (MAA)
[Proposed] Order regarding Application For Leave To File Under Seal

OR

[GOOD CAUSE EXISTS] to grant Plaintiff's Application. PLAINTIFF'S APPLICATION TO FILE UNDER SEAL IS GRANTED. Defendant Michael Bell's statement to investigators, attached to the Declaration of Marcel F. Sincich in support of Plaintiff's Motions *in Limine* is to be FILED UNDER SEAL.

IT IS SO ORDERED.

DATED: 9/16/24

_____
Honorable Hernán D. Vera
United States District Court Judge