IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,**<br><br>　　　　　　　　　Defendants. | Case No. 5:23-cv-00515-HDV-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY AT TRIAL ABOUT TOPICS ON WHICH PLAINTIFF OR HIS COUNSEL INVOKED THE 5TH AMENDMENT DURING HIS DEPOSITION**<br><br>Date:　　　　October 1, 2024<br>Time:　　　　9:00 a.m.<br>Courtroom:　10D<br>Judge:　　　Honorable Hernán D. Vera<br><br>Trial Date:　　October 29, 2024<br>Action Filed:　2/02/2023 |

　　　Defendants' Motion in Limine No. 2 to Exclude Plaintiff, Edgar Solis' testimony, and the testimony of Plaintiff's experts, at trial about topics on which Plaintiff invoked the 5th Amendment during his deposition came on regularly for hearing before this Court.

　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the motion is granted.

1    IT IS FURTHER ORDERED THAT Plaintiff, Edgar Solis, and Plaintiff's
2 experts, are prohibited from testifying at trial about any topic on which Plaintiff or
3 his counsel invoked the 5th Amendment during his deposition on May 3, 2024.
4    The basis for this Order is that Defendants would be unduly prejudiced if
5 plaintiff or his experts testify at trial commencing on October 29, 2024, about
6 topics on which Plaintiff or his counsel invoked the 5th Amendment during
7 Plaintiff's deposition on May 3, 2024. Fed. R. Evid. 403. *Lyons v. Johnson*, 415
8 F.2d 540 (1969),
9    IT IS FURTHER ORDERED THAT Plaintiff and Plaintiff's witnesses shall
10 not mention, refer to, interrogate concerning, or attempt to convey to the jury in any
11 manner, either directly or indirectly, the evidence mentioned herein, without first
12 obtaining permission of the Court outside the presence and hearing of the jury; shall
13 not to make any reference to the fact that this motion has been filed, and/or granted;
14 and are warned and cautioned to strictly follow these instructions.

Dated:_____

The Honorable Hernán D. Vera

LA2021603706