# CERTIFICATE OF SERVICE

Case Name: **Edgar Solis v. County of Riverside, et al.**    No. **5:23-cv-00515-HDV-JPR**

I hereby certify that on <u>September 23, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

---

**DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY ON TOPICS WHICH PLAINTIFF PLED 5TH AMENDMENT DURING DEPOSITION; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DAVID KLEHM IN SUPPORT THEREOF; [PROPOSED] ORDER**

---

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 23, 2024</u>, at San Diego, California.

|  |  |
|---|---|
| C. Henson | *C. Henson* |
| Declarant | Signature |

SD2023800661
84750275.docx