1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2 dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
3 msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

5 **LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
6 tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
7 Riverside, CA 92506
Phone: (951) 682-9311

8 *Attorneys for Plaintiff* EDGAR SOLIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDGAR SOLIS**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA; and MICHAEL BELL**, <br><br> Defendant. | Case No.: 5:23-cv-00515-HDV-JPR <br><br> [*Honorable Hernán D. Vera*] <br><br> **PLAINTIFF'S AMENDED WITNESS LIST** <br><br> **Final Pretrial Conference:** <br> Date: October 8, 2024 <br> Time: 10:00 a.m. <br> **Trial:** <br> Date: October 29, 2024 <br> Time: 09:00 a.m. <br> Place: Courtroom 10D |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff Edgar Solis hereby serves the following list of witnesses which he may call during trial, as Plaintiff's Amended Witness List. Plaintiff reserves the right to supplement and/or amend this list.

Below reflects approximate times for examination.

Respectfully Submitted,
DATED:  September 24, 2024         **LAW OFFICES OF DALE K. GALIPO**
                                    **LAW OFFICES OF GRECH & PACKER**

                                    By: _____/s/_____Marcel F. Sincich_____
                                        Dale K. Galipo
                                        Marcel F. Sincich
                                        Trent C. Packer
                                        *Attorney for Plaintiff*

**Plaintiff's Witness List**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Edgar Solis<br><br>Plaintiff | Mr. Solis will testify as to his perception of the events leading up to the shooting incident, the shooting incident, and his damages. His testify is unique as a personal account that he was not an immediate threat to any person. | 45 min – 1 hr. | 2 hours | |
| Michael Bell<br><br>Defendant, Officer, California Highway Patrol | Officer Bell is likely to testify as to his perception of the incident, information known, tactics used, the deadly force used against plaintiff, and plaintiff's damages, including punitive damages. Officer Bell's testimony is unique as the defendant who used force against plaintiff. | 1 hr. 15 min – 1 hr. 30 min | 1 hr. 30 min. | |
| Patrick Sobaszek<br><br>Detective, City of Hemet Police Department | Detective Sobaszek is likely to testify as to his perception of the incident, tactics used before and after the use of deadly force, and plaintiff's damages. Detective Sobaszek's testimony is unique as an eyewitness to defendant's second volley of shots, and who took the same path as defendant and plaintiff prior to the shots. | 45 min | 45 min. | |
| Arthur Paez<br><br>Sergeant, City of Hemet Police Department | Sergeant Paez is likely to testify as to his perception of the incident, the tactics before and after the use of deadly force, and plaintiff's damages. Sgt. Paez's testimony is unique as the leader of the team, who sent the information about plaintiff to the team, and who witnessed the shooting of plaintiff by Deputy Waltermire. | 30 – 45 min | 45 min. | |
| Salvador Waltermire | Deputy Waltermire is likely to testify as to his perception of the incident, the tactics used before and | 45 min | 30 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Deputy, County of Riverside Sheriff's Department | after the use of deadly force, and plaintiff's damages. Deputy Waltermire's testimony is unique as an officer who used force against plaintiff prior to his flight and used deadly force against plaintiff after Defendant used deadly force against plaintiff. | | | |
| Gary Adams<br><br>GLA Investigations, Plaintiff's Expert | Mr. Adams is plaintiff's investigation expert who will testify as to his scene assessment and photographs taken; observations on scene; what can and cannot be seen as demonstrated with assistant and dummy gun. | 30 – 40 min | 45 min | |
| Roger Clark<br><br>Police Procedures Consultant, Inc., Plaintiff's Expert | Roger Clark is Plaintiff's single police practices expert who will testify as to his opinions rendered in this case based on his knowledge and experience in law enforcement and his review of materials in this case. Mr. Clark's testimony is unique as plaintiff's only witness to explain basic law enforcement training and the POST standards as it relates to this case, including vehicle and patrol operations, de-escalation, tactics, and the use of force and deadly force. Mr. Clark will opine on the use of deadly force standards, and the appropriateness of the use of deadly force under the circumstances of this case; hypothetical questions based on the evidence of the case; and his understanding of the forensic and physical evidence presented in this case. | 1 hr. | 1 hr. 30 min | |
| Dr. Ryan O'Connor<br><br>Emergency Medical Physician, Plaintiff's Expert | Dr. O'Connor is plaintiff's sole medical expert in this case who will testify as to plaintiff's injuries, treatment, damages, pain and suffering, summary of nearly nine thousand pages of medical records, and care likely to be required in the future. | 45 min – 1 hr. | 45 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Brett Fisher<br><br>AMR crew member and paramedic | Mr. Fisher was the primary care crew member on the ambulance that treated Mr. Solis on scene and provided care during emergency transport to the hospital, and has information related to Mr. Solis' injuries, complaints, vital signs, symptoms, treatment and cost. | 30 min | 45 min. | |
| Balaji, Anupama, P&S<br><br>non-retained expert provider | Dr. Balaji will testify includes knowledge of and interaction with Plaintiff as treating physician, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds. | 30 min | 30 min | |
| Agapian, John, MD<br><br>non-retained expert provider | Dr. Agapian will testify includes knowledge of and interaction with Plaintiff as attending Emergency Room physician, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds. | 30 min | 30 min | |
| Downing, Stephanie, MD<br><br>non-retained expert provider | Dr. Downing will testify includes knowledge of and interaction with Plaintiff as attending Emergency Room physician, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds. | 30 min | 30 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Jaden Schlig<br>Eyewitness | Mr. Schlig will testify as to his observations on scene as an eyewitness to portions of the incident from 633 Hillmer Dr. | 20 min | 20 min | |
| Marlene Sue Biggs<br>Eyewitness | Ms. Biggs will testify as to his observations on scene as an eyewitness to portions of the incident from 634 Hillmer Dr. | 20 min | 20 min | |
| Richard Contla<br>Eyewitness | Mr. Contla will testify as to his observations on scene as an eyewitness to portions of the incident from 622 Taschner Dr. | 20 min | 30 min | |
| *Olin, Nicholas, MD<br>non-retained expert provider | Dr. Olin will testify includes knowledge of and interaction with Plaintiff as attending Emergency Room physician, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds. | 30 min | 30 min | |
| *Park, Heesung, MD<br>non-retained expert provider | Dr. Olin will testify includes knowledge of and interaction with Plaintiff as attending Emergency Room physician, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds. | 30 min | 30 min | |
| *Powers, Bret, DO<br>non-retained expert provider | Dr. Powers will testify includes knowledge of and interaction with Plaintiff as attending Emergency Room physician, including but not limited to the | 30 min | 30 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds. | | | |
| *Stout, Benton, PA non-retained expert provider | Dr. Stout will testify includes knowledge of and interaction with Plaintiff as treating physician, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care for Plaintiff regarding Plaintiff's gunshot wounds. | 30 min | 30 min | |
| *Custodians of Records | Custodians of records regarding Plaintiff's medical records and bills may be called is necessary to lay any foundation required. | | | |

*Indicates that a witness will be called only if the need arises.