**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA; MICHAEL BELL; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**PLAINTIFF'S [PROPOSED]** *VOIR DIRE*<br><br>**Final Pretrial Conference:**<br>Date:   October 8, 2024<br>Time:   10:00 a.m.<br>**Trial:**<br>Date:   October 29, 2024<br>Time:   09:00 a.m.<br>Place:  Courtroom 10D |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff EDGAR SOLIS hereby serves the following [Proposed] *Voir Dire*. Plaintiff reserves the right to amend this proposal.

Respectfully Submitted,

DATED: September 24, 2024        **LAW OFFICES OF DALE K. GALIPO**
                                 **LAW OFFICES OF GRECH & PACKER**

                                 By: _____/s/_____Marcel F. Sincich_____
                                 Dale K. Galipo
                                 Marcel F. Sincich
                                 Trent C. Packer
                                 *Attorney for Plaintiff*

## PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS

**Questions re: Bias Against Drugs**

*Plaintiff requests that this Court voir dire the jury on bias against drug history and use evidence only if the Court will allow this testimony and/or evidence at trial by denying Plaintiff's motion in limine on this issue.*

1. Do you know anyone who has used methamphetamine?
2. Do you know anyone who has used PCP?
3. Do you have any feelings, thoughts, or preconceptions about people who have used drugs?
4. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used drugs?
5. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had sold drugs?
6. Do you have any particular knowledge or information regarding the effects of drugs on a person?
7. If you heard evidence that one of the parties had used or sold drugs, do you think that you could still find that the officers' conduct was unreasonable?
8. Do you have any feelings, one way or another, about whether a person who used or sold drugs deserves the same protection from excessive force by police officers as everyone else?
9. Do you have any feelings, one way or another, about whether a person who used or sold drugs has the same right to bring a claim in court for violations of their rights as does everyone else?
10. Could you put aside whatever knowledge, information or preconceptions you may have about methamphetamine and PCP and listen to the evidence?
11. Do you have any feelings, one way or the other, about whether a person who used methamphetamine or PCP has the right to bring a claim in court for a violation of his right to be free from excessive force?

12. Do you have any feelings, one way or another, about whether a person may deserve more or less money in a lawsuit because they used or sold drugs?

**Questions re: Bias Against Drugs and Criminal History**

*Plaintiff requests that this Court voir dire the jury on criminal history evidence only if the Court will allow this testimony and/or evidence at trial.*

13. Do you know anyone who has ever been arrested or convicted of a crime?
14. Do you have any feelings, thoughts, or preconceptions about people who have been arrested or convicted of a crime?
15. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had been arrested or convicted of a crime?
16. If you heard evidence that one of the parties had been arrested or convicted of a crime, do you think you could still find that the officers' conduct was unreasonable?
17. If this Court instructs you that people have the right to be free from excessive force by police officers, do you have any feelings, one way or another, about whether a person who had been arrested or convicted of a crime deserves the same protection from excessive force by police officers as everyone else?
18. Do you have any feelings, one way or another, about whether a person who had been arrested or convicted of a crime has the same right to bring a claim in court for violations of his or her rights as everyone else does?
19. Do you have any feelings, one way or another, about whether a person may deserve more or less money in a lawsuit because they had been arrested or convicted of a crime?

**Questions re Gang Bias**

*\*\* Plaintiff respectfully requests the Court to reserve asking specific questions on gang bias for Plaintiff's counsel, so that counsel may have an opportunity to word these questions in a way that prevents further prejudice to plaintiff on the issue.*

**Questions re: Peace Officer Bias**

20. Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?
21. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?
22. Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?
23. Are you or any of your family members or close friends current or former government employees or police officers? If yes, what agency and what type of job?
24. Are you or any of your family members or close friends current or former service members in any division or branch of our military? If yes, what division or branch and what type of job?
25. Are you or is anyone you know a current or former police officer? If yes, who, what agency, and how long?
26. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?
27. Have you applied to or are you a member of any branch of the armed forces?
28. Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?
29. Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?
30. Do you think police officers should be allowed to use excessive force in attempting to arrest or detain someone?

**Questions re: Juror Connection to Defendants**

31. Have you, a family member, or any of your close friends had any contact or association with the California Highway Patrol, or any of their employees? If so, please describe the circumstances of the contact or association.

        a) If so, would you view the evidence in this case differently because of your past experience with the California Highway Patrol, or any of their employees?

32. Are you, or is anyone you know, a current or former employee of the State of California or CHP? If so:

        a) Who do you know?

        b) What is or was their job?

        c) How long were they employed?

        d) Would you view the evidence in this case differently because of your past experience with the State of California, or any of their employees?

**Questions re: Justiciability of Peace Officer Conduct**

33. Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?

34. Do you agree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?

35. Do you think that police officers should be able to use as much force as they want when arresting someone?

36. Do you think that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

37. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?

38. Is there anybody that would hold it against the plaintiffs simply because they have pursued this case to trial?

**Questions re: Bias Against Call For a Man with a Gun**

39. Do you or any close family members own a firearm?

40. Do you have any feelings, thoughts, or preconceptions about people who have a gun?

41. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had a gun with them?
42. If you heard evidence that one of the parties had a gun with them, do you think that you could still find that the officers' use of force was unreasonable if the evidence showed that?
43. You may hear evidence that one of the defendant officers believed the subject they were pursuing had a gun. If you heard this evidence, do you have any strong feelings against individuals the officers suspected a gun that would make it difficult for you to be fair on the issue of whether the use of deadly force was reasonable?

**Questions re Flight from Police and Bias**

44. If you learned that a person ran from the police, would you presume that that person had committed a crime?
45. Do you believe that a police officer has the right to punish a person who runs from the police?
46. If you heard evidence that one of a person ran from the police, do you think that you could still find that the officers' use of force was unreasonable if the evidence showed that?
47. If you heard this evidence that a person ran from the police, do you have any strong feelings against individuals who run from the police that would make it difficult for you to be fair on the issue of whether the use of deadly force was reasonable?

**Other**

48. How do you get your news?
49. What newspapers and magazines do you regularly read?
50. What websites or blogs do you visit?
51. What are your favorite TV shows?
52. What are your favorite movies?