**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR SOLIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA; and MICHAEL BELL,<br><br>　　　　　Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* No. 1**<br><br>**Hearing on Motions *in Limine*:**<br>October 1, 2024 at 09:00 a.m.<br>**Final Pretrial Conference**:<br>October 8, 2024 at 10:00 a.m.<br>**Jury Trial**<br>October 29, 2024 at 09:00 a.m.<br>Ctrm: 10D |

# DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff Edgar Solis. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion *in Limine* No. 1 to Exclude Evidence and Questions Regarding Officers' Personnel Records. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the letter sent to Plaintiff by Defense counsel on August 29, 2024, regarding Defendants' anticipated motions in limine.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the September 3, 2024, correspondence from Plaintiff's counsel to Defendants' counsel, including regarding Defendants' then anticipated motions in limine.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of September 2024.

_____
Marcel F. Sincich