**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
　600 West Broadway, Suite 1800
　San Diego, CA 92101
　P.O. Box 85266
　San Diego, CA 92186-5266
　Telephone: (619) 738-9567
　Fax: (619) 645-2581
　E-mail: David.Klehm@doj.ca.gov

*Attorneys for Defendant* STATE OF CALIFORNIA and MICHAEL BELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA; MICHAEL BELL; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Jean P. Rosenbluth<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Final Pretrial Conference:**<br>Date:　October 8, 2024<br>Time:　10:00 a.m.<br>**Trial:**<br>Date:　October 29, 2024<br>Time:　09:00 a.m.<br>Place:　Courtroom 10D |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff Edgar Solis and Defendants State of California and Michael Bell hereby serve the following Joint Statement of the Case. The parties reserve the right to amend this statement.

Respectfully Submitted,

DATED: September 24, 2024	**LAW OFFICES OF DALE K. GALIPO**
	**LAW OFFICES OF GRECH & PACKER**

	By: _____/s/_____Marcel F. Sincich_____
	Dale K. Galipo
	Marcel F. Sincich
	Trent C. Packer
	*Attorney for Plaintiff*

DATED: September 24, 2024	ROB BONTA
	Attorney General of California
	RHONDA L. MALLORY
	Supervising Deputy Attorney General

	By: _____/s/_____David Klehm_____
	DAVID KLEHM
	Deputy Attorney General
	*Attorneys for Defendant* State of California (by and through the California Highway Patrol)

# JOINT STATEMENT OF THE CASE

<u>Plaintiff's Proposed Statement of the Case:</u>

  This case involves an officer-involved shooting that took place on March 2, 2022 in the City of Hemet. The Plaintiff is Edgar Solis and the Defendants are CHP Officer Michael Bell and the State of California.

  The plaintiff claims that Defendant Officer Bell used excessive and unreasonable force when he shot plaintiff. The plaintiff is seeking damages as permitted by law.

  Defendants State of California and Officer Bell deny those claims.

<u>Defendants'' Proposed Statement of the Case:</u>

  This case involves an officer-involved shooting that took place on March 2, 2022 in the City of Hemet. The Plaintiff is Edgar Solis and the Defendants are CHP Officer Michael Bell and the State of California.

  The plaintiff claims that Defendant Officer Bell used excessive and unreasonable force when he shot plaintiff. The plaintiff is seeking damages as permitted by law.

  Defendants State of California and Officer Bell deny those claims and contend that the force used was reasonable under the circumstances. Officer Bell further contends that he was not negligent but that Edgar Solis' own conduct and that of another party contributed to his injuries.