# CERTIFICATE OF SERVICE

Case Name: **Edgar Solis v. County of Riverside, et al.**  No. **5:23-cv-00515-HDV-JPR**

I hereby certify that on <u>September 24, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE UNKNOWN TO DEFENDANT OFFICER BELL OF SOLIS' DRUG USE, CRIMINAL HISTORY, GANG AFFILIATION, AGENCY FINDINGS AND SUBJECTIVE INTENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 24, 2024</u>, at Los Angeles, California.

| V. Thompson | /s/ *V. Thompson* |
|---|---|
| Declarant | Signature |

SD2023800661