# EXHIBIT C

Certified Copy

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | 5:23-cv-00515-HDV-JPR |
| ) | |
| COUNTY OF RIVERSIDE; STATE OF ) | |
| CALIFORNIA; SALVADOR WALTERMIRE; ) | |
| and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| - - - - - - - - - - - - - - - - - - | |

DEPOSITION OF EDGAR SOLIS

STOCKTON, CALIFORNIA

FRIDAY, MAY 3, 2024

REPORTED BY:
AMY R. NEYHART
CSR No. 12469
Job No. 295871

Edgar Solis, 5/3/2024

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
4   EDGAR SOLIS,                        )
                                        )
5              Plaintiff,               )
                                        )
6        vs.                            ) Case No.
                                        ) 5:23-cv-00515-HDV-JPR
7                                       )
    COUNTY OF RIVERSIDE; STATE OF       )
8   CALIFORNIA; SALVADOR WALTERMIRE;    )
    and DOES 1-10, inclusive,           )
9                                       )
               Defendants.              )
10  - - - - - - - - - - - - - - - - - -
11
12
13
14
15
16      DEPOSITION OF EDGAR SOLIS, a witness herein,
17  appearing remotely in Stockton, California, taken on
18  behalf of the Defendants, beginning at 10:17 a.m. and
19  ending at 1:30 p.m., on Friday, May 3, 2024, before
20  Amy R. Neyhart, CSR 12469
21
22
23
24
25
```

2

Edgar Solis, 5/3/2024

1  **APPEARANCES:**

2

3  For Plaintiff:

4      LAW OFFICE OF DALE K. GALIPO

5      BY MARCEL F. SINCICH, ESQ.

6      21800 Burbank Boulevard, Suite 310

7      Woodland Hills, California 91367

8      818.347.3333

9      msincich@galipolaw.com

10

11  For Defendant California Highway Patrol and Michael Bell:

12      OFFICE OF THE ATTORNEY GENERAL

13      BY DAVID KLEHM, ESQ.

14      600 West Broadway, Suite 1800

15      San Diego, California 92101

16      619.645.9733

17      david.klehm@doj.ca.gov

18

19

20

21

22

23

24

25

Edgar Solis, 5/3/2024

```
 1   like a medical-induced coma or like a coma or what,
 2   but -- but I know that I was knocked out for a few
 3   weeks.
 4        Q    Okay.  When you came to out of this
 5   medically-induced coma, if that's what it was, where
 6   were you?
 7        A    In a hospital.
 8        Q    Which hospital?
 9        A    Riverside, Moreno Valley, I believe.
10        Q    Okay.  Did any doctor tell you why you were in
11   a coma?
12        A    Yes, they did.  They did tell me that I -- that
13   I was in -- that I had been shot.  They said, "You had
14   been shot."
15        Q    Okay.  How many times, if you recall, were you
16   shot?
17        A    Altogether, I had 15 bullet wounds.  Fifteen
18   wounds from gunshots.
19        Q    Okay.  Do you recall where the first -- where
20   on your body the first bullet hit you?
21             MR. SINCICH:  Vague.  Calls for speculation.
22   BY MR. KLEHM:
23        Q    If you recall.
24        A    I'm not 100 percent sure, sir.
25        Q    What's your best recollection?
```

34

Edgar Solis, 5/3/2024

```
 1     A     I want to say my back, but I'm not 100 percent
 2　sure.
 3     Q     Okay.  Where on your back?  Like --
 4     A     Center mass.
 5     Q     Center.  Okay.
 6           Was it your -- your lower back or mid back or
 7　upper back?
 8     A     Center mass.
 9     Q     Okay.  So right in the middle of your back?
10     A     Right.
11     Q     Okay.  Did any of the doctors tell you that the
12　bullet near the center mass of your back is still in
13　your body?
14     A     Yes.
15     Q     Okay.  Did they tell you why it's still in your
16　body?
17     A     I think it'd be -- it would cause more damage
18　to try to pull it out than to leave it where it's at.
19     Q     Okay.  Have any of your doctors told you what
20　type of bullet is in the center mass of your back?
21     A     When I asked, I believe they said either 9 or a
22　40, but I'm not sure, exactly sure.  I can't -- I'm not
23　sure what I was shot with.
24     Q     Okay.  All right.  When you say you're not sure
25　what you were shot with, do you mean you're not sure
```

Edgar Solis, 5/3/2024

1  what you were shot with in the center mass of your back
2  or anywhere?
3      A    To the best of my knowledge -- to the best of
4  my knowledge, when I asked what I was shot with, the
5  response that I was given was officers carry 9s or 40s,
6  so it could have been either or.
7      Q    Okay.  All right.  So I'm -- I'm kind of -- and
8  you're probably right about that.  But what I'm trying
9  to find out is if the doctors told you that they were
10 able to determine based on X-rays or MRIs or CT scans.
11     A    I don't even think that would be possible.  But
12 no doctor told me to the -- the exact size of the bullet
13 that's in my shoulder, no.
14     Q    You just said shoulder?
15     A    Yeah, that's because it -- it hit me center
16 mass but went in sideways, so it's lodged inside my body
17 towards my right shoulder area.
18     Q    Okay.
19     A    Like it struck me right in the center of the
20 back but went in sideways and lodged into my shoulder
21 area.
22     Q    Okay.  All right.  And this was a bullet that
23 you had been shot with on March 2, 2022, correct?
24     A    Yes.
25     Q    Okay.  Prior to that time, had you ever been

36

Edgar Solis, 5/3/2024

1  shot with a bullet before?
2     A    Never.
3     Q    Okay.  All right.  Are you able to recall any
4  sequence of, okay, the first bullet, you know, struck me
5  here and then the second bullet struck me in a different
6  place or -- do you recall any of the sequence of being
7  struck by bullets?
8          MR. SINCICH:  Calls for speculation.
9          THE WITNESS:  No, I'm not sure.  I don't know
10 the exact sequences of which bullet hit where first.
11 BY MR. KLEHM:
12    Q    All right.  Okay.  So -- and I just want to
13 make sure I, you know, completely explore this with you.
14         So you don't know what bullet hit you first or
15 what bullet hit you second or what bullet hit you third,
16 correct?
17    A    No, I don't.
18    Q    Okay.  But the doctors told you that there were
19 15 separate bullet wounds on your body?
20    A    There's 15 scars that indicate that I was shot
21 15 times.
22    Q    Okay.  Did the doctors talk to you about
23 whether or not some of these bullet wounds were entry or
24 exit wounds?  That is, you know, if a bullet had passed
25 through your body entirely.

37

Edgar Solis, 5/3/2024

1   A   Yeah.  In my hand, one of them went through all
2   the way and came out in my wrist.  Then I believe one of
3   the ones that struck my elbow went through.  I don't
4   know, sir.  There was so many that I -- I don't
5   remember.
6       But the doctors, they just -- they were pretty
7   vague about it.  They -- they didn't exactly give me
8   like a whole rundown.  And if they did, I was probably
9   going through so much that I just don't recall.
10  **Q   Okay.  Well, what I'm trying to figure out is**
11  **if any doctor had said something to you along the lines**
12  **of, you know, "There's 15 bullet wounds, but, you know,**
13  **some of these are an entry wound and an exit wound, so**
14  **that's considered two wounds" --**
15  A   Oh, no.
16  **Q   -- "from one bullet."**
17  A   Yeah, I -- no.  I was told that I got shot in
18  the leg six times, once in the upper thigh, once on my
19  left knee, twice in my hand, twice in the elbow, once in
20  the back, and twice in the buttocks.  That's 15 shots.
21  **Q   Okay.  Sorry.  I wasn't able to write that down**
22  **fast enough.  Can you go over that --**
23  A   It's okay.  I can repeat that.
24  **Q   Okay.  Thank you.**
25  A   Six in the right leg from the knee down.

Edgar Solis, 5/3/2024

1  further questions at this time.  I just wanted to
2  clarify those couple of points.
3          Mr. Klehm, I'm not -- did we lose you or -- I
4  don't know if I just can't -- okay.  There you are.
5          MR. KLEHM:  Still here, Mr. Sincich.
6          MR. SINCICH:  Thanks.
7
8                    FURTHER EXAMINATION
9  BY MR. KLEHM:
10     Q    If you could, Mr. Solis, just for the record,
11 since you were talking about the shoulder where the
12 bullet is still lodged, what side is that on?
13     A    It's on my right side, sir.
14     Q    All right.  Thank you.  I don't have any --
15     A    You're welcome.
16     Q    -- more questions.
17          THE COURT REPORTER:  Mr. Sincich, would you
18 like a copy?
19          MR. SINCICH:  I'm sure we're going to end up
20 getting a copy, but can I get back with you to see
21 whether or not it's -- the time frame for it?  I don't
22 know if you want to put your E-mail in the chat.
23          THE COURT REPORTER:  Sure.
24          (The proceedings concluded at 1:30 p.m.)
25                          * * *

**108**

Edgar Solis, 5/3/2024

```
 1   STATE OF CALIFORNIA        )
 2
     COUNTY OF SAN DIEGO         )
 3
 4          I, Amy R. Neyhart, a Certified Shorthand
 5   Reporter, do hereby certify:
 6          That prior to being examined, the witness in
 7   the foregoing proceedings was by me duly sworn to
 8   testify to the truth, the whole truth, and nothing but
 9   the truth;
10          That said proceedings were taken before me at
11   the time and place therein set forth and were taken down
12   by me stenographically and were transcribed through
13   computerized transcription by me;
14          I further certify that I am neither counsel
15   for, nor related to, any party to said proceedings, nor
16   in any way interested in the outcome thereof.
17          IN WITNESS WHEREOF, I have hereunto subscribed
18   my name.
19
20   Dated: May 23, 2024
21
22
23
                    [signature]
24              Amy R. Neyhart
                CSR No. 12469
25
```