UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **5:23-cv-00515-HDV-JPR** | Date | October 3, 2024 |
|---|---|---|---|
| Title | *Edgar Solis v. County of Riverside et al.* | | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—REOPENING DISCOVERY FOR PLAINTIFFS' DEPOSITION AND CONTINUING THE PRETRIAL CONFERENCE AND TRIAL DATES**


On October 1, 2024, the Court heard oral argument on the parties' motions in limine ("MILs").  One of those MILs—Defendants' MIL Number Two [Dkt No. 71]—seeks to exclude Plaintiff's testimony on topics over which Mr. Solis invoked his Fifth Amendment privilege during his deposition.  In response, Plaintiff's counsel pointed out that new criminal charges were brought right before the deposition had taken place, and that Plaintiff is now prepared to waive the privilege and answer questions.  Plaintiff's counsel has also indicated that he has pre-cleared various dates for this deposition.

This case is not ready for trial.  The Court, in its discretion, will reopen discovery for the *limited* purpose of allowing Plaintiff's deposition to take place in the next 45 days.  The parties will schedule the deposition at a mutually agreed-upon time and location.

To facilitate that deposition, and to allow both parties to incorporate this testimony into their trial plans, the Court hereby continues the trial date to **February 18, 2025**. The Final Pretrial Conference is continued to **January 28, 2025**.

The Court will issue a separate order on the MILs later this month.

**IT IS SO ORDERED.**