ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9733
 Fax: (619) 645-2581
 E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendant State of California
(by and through the California Highway Patrol)
[erroneously sued as "State of California"]
and Michael Bell*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,**<br><br>Defendants. | 5:23-cv-00515-HDV-JPR<br><br>**DEFENDANTS' AMENDED WITNESS LIST**<br><br>Date: February 18, 2025<br>Time: 9:00 a.m.<br>Courtroom: 10D<br>Judge: The Honorable Hernán D. Vera<br>Trial Date: February 18, 2025<br>Action Filed: 2/02/2023 |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEY OF RECORD:**

Defendants' California Highway Patrol and Michael Bell hereby amends and serves the following witnesses which may be called at during trial, and as a draft of

1

Defendants' Witness List. Defendants' reserve the right to supplement or amend this list.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Michael Bell, Defendant, CHP Officer | Officer Bell is the defendant and will testify about his interactions with Plaintiff, training and experience with the CHP. | 1.25 | | |

Dated: January 10, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

/s/ David Klehm
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendant State of California (by and through the California Highway Patrol) [erroneously sued as "State of California"]
and Michael Bell*

*Indicates that witness will be called only if the need arises.

SD2023800661
84716800.docx

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Edgar Solis v. County of Riverside, et al.** | No. | **5:23-cv-00515-HDV-JPR** |

I hereby certify that on <u>January 10, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' AMENDED WITNESS LIST

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 10, 2025</u>, at San Diego, California.

| C. Henson | | Signature |
|---|---|---|
| Declarant | | |

SD2023800661
84911954.docx