1   ROB BONTA
    Attorney General of California
2   DONNA M. DEAN
    Supervising Deputy Attorney General
3   DAVID KLEHM
    Deputy Attorney General
4   State Bar No. 165302
      600 West Broadway, Suite 1800
5   San Diego, CA 92101
    P.O. Box 85266
6   San Diego, CA 92186-5266
    Telephone:  (619) 738-9733
7   Fax:  (619) 645-2581
    E-mail:  David.Klehm@doj.ca.gov
8   *Attorneys for Defendant* State of California
    (by and through the California Highway
9   Patrol)

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich; Esq. (SBN 319508)
msincich@galipo1aw.com
21800 Burbank: Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 I Fax: (818) 347-4118
**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311
*Attorneys for Plaintiff* EDGAR SOLIS

10

11          IN THE UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14

15

16   **EDGAR SOLIS,**                         5:23-cv-00515-HDV-JPR

17                          Plaintiff,        **JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

18          v.
                                              Judge:      The Honorable Hernán
19   **COUNTY OF RIVERSIDE; STATE**                       D. Vera
     **OF CALIFORNIA; SALVADOR**              Trial Date:  February 18, 2025
20   **WALTERMIRE; and DOES 1-10,**           Action Filed: 2/02/2023
     **inclusive,**
21
                          Defendants.
22

23          **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**

24   **ATTORNEYS OF RECORD:**

25          By and through their counsel of record in this action, Plaintiff EDGAR

26   SOLIS, and ST ATE OF CALIFORNIA (by and through California Highway

27   Patrol), and MICHAEL BELL (collectively "Defendants") (Plaintiff and

28

                                    1

Defendants together called "the parties") hereby submit the following Joint Stipulation to Modify the Scheduling Order (Docs. 25):

1. On May 6, 2024, the parties filed their joint request for modification of the scheduling order regarding fact discovery and expert discovery. (Doc. 45.)

2. On May 15, 2024, the Court granted the parties' stipulation, in relevant part extending the expert discovery cut-off to June 28, 2024. (Doc. 48.)

3. On January 8, 2025, pursuant to an Order from the California Supreme Court, the 5th District Court of Appeal Ordered the trial court in a Kings County Superior Court case No. 23CU0433 in which Deputy Attorney General David Klehm is lead trial counsel to be advanced from March 3, 2025, to January 27, 2025.

4. Consequently, the parties request that the Final Pre-Trial Conference date currently scheduled for January 28, 2025, be continued one week to February 4, 2025, or a date during that same week convenient with the Court.

5. No other dates and deadlines will be affected by granting this Stipulation.

6. This is the Parties' fourth request for any modification to the scheduling order in this action.

**STIPULATION FOR CONTINUANCE:**

7. Accordingly, in light of the foregoing, and in order to facilitate the interests of all parties to this action, by and through their counsel of record in this action, the parties hereby Stipulate that Good Cause exists, and the parties respectfully request, that the Court modify the Scheduling Order as follows:

• To continue the Final Pre-Trial Conference from January 28, 2025, to February 4, 2025, or a date during that week convenient for the Court.

**IT IS SO STIPULATED.**

1

2 **LAW OFFICES OF DALE K. GALIPO**

3 **LAW OFFICES OF GRECH & PACKER**

4
Dated: January 8, 2025                    Respectfully submitted,

5

6 */s/ Marcel F. Sincich*
DALE K. GALIPO
7 MARCEL F. SINCICH
TRENT C. PACKER
8 *Attorneys for Plaintiff*

9

10

11 Dated: January 8, 2025                    Respectfully submitted,

12 ROB BONTA
Attorney General of California
13 DONNA M. DEAN
Supervising Deputy Attorney General
14

15

16 */s/ David Klehm*
DAVID KLEHM
17 Deputy Attorney General
*Attorneys for Defendant* State of
18 California (by and through the California
Highway Patrol)
19 SD2023800661
84909399.docx
20

21

22

23

24

25

26

27

28

3