IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,**<br><br>　　　　　　　　　Defendants. | 5:23-cv-00515-HDV-JPR<br><br>**[Proposed] ORDER**<br><br>Judge:　　Honorable Hernán D. Vera<br>Trial Date:　February 18, 2025<br>Action Filed: 2/02/2023 |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER and finding GOOD CAUSE therefrom, it is hereby ORDERED that:

The Scheduling Order is modified as follows, all other dates and deadlines remain the same:

| Final Pretrial Conference Date | Old Date: | New Date: |
|---|---|---|
| | **January 28, 2025** | **February 4, 2025** |

**IT IS SO ORDERED.**

Dated: _____, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Hernán D. Vera
　　　　　　　　　　　　　　　　　United States District Court Judge