# CERTIFICATE OF SERVICE

Case Name:  **Edgar Solis v. County of Riverside, et al.**    No.  **5:23-cv-00515-HDV-JPR**

I hereby certify that on <u>January 10, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

**[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 10, 2025</u>, at San Diego, California.

|  |  |
|---|---|
| C. Henson | *[signature]* |
| Declarant | Signature |

SD2023800661
84913618.docx