LINK 94

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,** | 5:23-cv-00515-HDV-JPR |
| Plaintiff, | **[Proposed] ORDER** |
| v. | |
| **COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,** | Judge: Honorable Hernán D. Vera <br> Trial Date: February 18, 2025 <br> Action Filed: 2/02/2023 |
| Defendants. | |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER and finding GOOD CAUSE therefrom, it is hereby ORDERED that:

The Scheduling Order is modified as follows, all other dates and deadlines remain the same:

| Final Pretrial Conference Date | Old Date: | New Date: |
|---|---|---|
| | **January 28, 2025** | **February 4, 2025** |

**IT IS SO ORDERED.**

Dated: __January 13__, 2025

_____
Honorable Hernán D. Vera
United States District Court Judge

1