GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

*Attorneys for Plaintiff*
EDGAR SOLIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR SOLIS, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; MICHAEL BELL; and DOES 1-10, inclusive, <br><br> Defendants. | CASE No.: 5:23-cv-00515-HDV-JPR <br><br> **REQUEST FOR ORDER OF TRANSPORTATION** <br><br> Judge: Honorable Hernán D. Vera <br><br> Trial Date: February 18, 2025 <br> Time: 9:00 a.m. <br> Location: First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012 <br> Courtroom: 5B |

1 | I, Trenton C. Packer, declare as follows:

2 |     I am the attorney representing Plaintiff, Edgar Solis, in the above-entitled case
3 | and he is currently scheduled for trial on February 18, 2025, at 9:00 a.m., in
4 | Department 5B of the above-entitled Court.

5 |     EDGAR SOLIS, CDCR # BT2706, is currently incarcerated as an inmate at
6 | California Health Care Facility at 7707 Austin Road, Stockton, CA 95215, and it is
7 | necessary that he be removed forthwith, so that he can have an opportunity to meet
8 | with counsel and attend his trial on February 18, 2025, in this matter. Thus, counsel
9 | requests on behalf of Mr. Solis that the court order he be transported and placed into
10 | the custody of the Los Angeles County Sheriff's Department before February 18,
11 | 2025, so that he may appear at trial and if the correctional institutions have difficulty
12 | with complying, that they immediately contact the above-entitled Court to inform
13 | the Court of the difficulty and the delay.

14 |     I declare, under penalty of perjury, that the above is true and correct to the
15 | best of my knowledge. Executed on January 27, 2025, at Riverside, California.

*Trenton C. Packer*
Trenton C. Packer, Esq.
*Attorneys for Plaintiff*

-2-
REQUEST FOR ORDER OF TRANSPORTATION