**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR SOLIS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; MICHAEL BELL; and DOES 1-10, inclusive,<br>　　　　　　Defendants. | CASE No.: 5:23-cv-00515-HDV-JPR<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TRANSPORTATION** |

**PROPOSED ORDER:**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, CALIFORNIA HEALTH CARE FACILITY, AND THE LOS ANGELES COUNTY SHERIFF:**

**PLEASE TAKE NOTICE** that on February 18, 2025 at 9:00am in Department 5B; Inmate, EDGAR SOLIS, CDCR # BT2706, who is currently incarcerated as an inmate at California Health Care Facility at 7707 Austin Road, Stockton, CA 95215, is ordered to appear in the Unites States District Court for the Central District of California, on Case Number 5:23-cv-00515-HDV-JPR on the matter regarding trial. Attention to the Superintendent or person in charge of the California Health Care Facility, you are ordered to provide inmate Edgar Solis (CDCR# BT2706) to the Los Angeles County Sheriff's Department for Transportation to the Unites States District Court for the Central District of California, 350 W. 1st Street, Los Angeles, CA 90012. A transportation order is required for the Los Angeles County Sheriff's Department to transport inmate, Edgar Solis (CDCR# BT2706) to the Unites States District Court for the Central District of California, 350 W. 1st Street, Los Angeles, CA 90012 to appear on February 18, 2025 at 9:00am in Department 5B.

**IT IS SO ORDERED** that the Los Angeles County Sheriff's Department produce Edgar Solis (CDCR# BT2706) to the United States District Court for the Central District of California, prior to February 18, 2025. If the correctional facilities have difficulty producing Mr. Solis by that date, the correctional facilities are to contact this Court immediately to inform the Court of the difficulty and the delay. Further disposition and return of said prisoner pursuant to Court direction. Custody and control of said inmate is to continue by the Los Angeles County Sheriff during the time necessary for appearance at any subsequent hearing, and upon completion of the proceedings, the prisoner is to be returned to the Department of Corrections. The expense of executing this order shall be a proper charge which shall be paid by the County in which the order shall be made.

DATED:

_____       _____
                                                              Hon. Hernán D. Vera
                                                              United States District Court