Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
David Klehm
Deputy Attorney General
State Bar No. 165302
Tammy Kim
Deputy Attorney General
State Bar No. 262510
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9733
 Fax:  (619) 645-2581
 E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendant State of California, acting by and through the California Highway Patrol (erroneously sued as "State of California") and Michael Bell*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,**<br><br>　　　　　　　　　Defendants. | 5:23-cv-00515-HDV-JPR<br><br>**DEFENDANTS' THIRD AMENDED WITNESS LIST**<br><br>Date:　　　February 18, 2025<br>Time:　　　9:00 a.m.<br>Courtroom:　10D<br><br>Judge:　　　The Honorable Hernan D. Vera<br><br>Trial Date:　February 18, 2025<br>Action Filed: 2/02/2023 |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants State of California, acting by and through the California Highway Patrol, and Michael Bell hereby serve the following list of witnesses who may be called during trial. Defendants reserve the right to supplement or amend this list.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Michael Bell, Defendant, CHP Officer | Officer Bell is the defendant and will testify about his interactions with Plaintiff, training and experience with the CHP. | 1.25 | | |
| M. Vargas, Lieutenant, CHP San Gorgonio Pass | Stationed at San Gorgonio Pass Area Office, Field Operations. Involved in post-shooting investigation and knowledge of Defendant Bell's tactical training. | 45 minutes | 45 min | |
| D. Harris, Sergeant, CHP San Gorgonio Pass | Stationed at San Gorgonio Pass Area Office, Field Sergeant and knowledge of Defendant Bell's tactical training. | 45 minutes | 45 min | |
| C. Hamilton, Lieutenant, CHP Border Division CIIT | CHP Critical Incident Investigation Team, Leader. Involved in CHP critical incident investigation of the incident involving use of force on Plaintiff. | 1 hour | 1 hr | |
| J. Kawanaka, Sergeant, CHP Border Division CIIT | CHP Critical Incident Investigation Team, Lead Administrative Investigator. Involved in CHP critical incident investigation of the incident involving use of force on Plaintiff. | 45 minutes | 45 min | |

2

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Daniel Moody, Detective | Riverside County Sheriff Department involved in the subsequent scene control or incident investigation and plaintiff's blood sample. | 45 minutes | 45 min | |
| J. Manjarrez, Detective | Riverside County Sheriff Department officials. Collected white bag of powdery substance from plaintiff's car suspected fentanyl and blood sample. | 30 minutes | 30 min | |
| A. Ditfurth, Deputy | Riverside County Sheriff Department official involved in the incident investigation. Surveillance video from 642 Taschner Drive and plaintiff's firearm forensic analysis. | 30 minutes. | 30 min | |
| Daniel Cline, Deputy | Riverside County Sheriff Department official involved in the incident investigation, obtained pictures, DNA swab, and Scanner data. | 20 minutes | 20 min | |
| Jennifer Jernegan, Lead Forensic Evidence Supervisor | Riverside County Sheriff Department officials involved in the incident investigation. | 20 minutes | 20 min | |
| Yesika Alvarado, Forensic Evidence Technician | Riverside County Sheriff Department official involved in the incident investigation. Captured pictures of scene, bullet holes and charted plaintiff's firearm. | 40 minutes | 40 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| A. Carey, Forensic Services Bureau Technician | Riverside County Sheriff Department official involved in the incident investigation. Obtained pictures of scene and plaintiff in hospital and first aid supplies and clothing. | 20 minutes | 20 min | |
| Venderfees, Forensic Services Burau Technician | Riverside County Sheriff Department official involved in the incident investigation. Obtained pictures of pursuit termination at 632 Taschner Drive and point of rest of plaintiff's car and carport damage. | 20 minutes | 20 min | |
| Esteban Carranza, Investigator | Riverside County District Attorney's Investigator involved in the criminal investigation of the incident. | 30 minutes | 30 min | |
| J. Gonzalez, Lieutenant | Hemet Police Department Officer responded to the area where Plaintiff fled and where shots were fired and involved in the subsequent scene control or incident investigation. | 30 minutes | 30 min | |
| D. Maddox, Sergeant | Hemet Police Department Officer responded to the area where Plaintiff fled and where shots were fired and involved in the subsequent incident investigation. | 30 minutes | 30 min | |
| G. Gomez, Detective | Hemet Police Department Officer involved in the incident investigation. | 20 minutes | 20 min | |
| Amy Lim and/or Custodian of | Riverside University Hospital laboratory sample collection of | 15 minutes | 15 minutes | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Records | blood from Plaintiff at hospital. | | | |
| Kristen Steward, M.S., D-ABFT-FT | Bio-Tox Laboratories Personnel involved in the testing and analysis of blood obtained from Plaintiff. | 30 minutes | 30 min | |
| Ola Bawardi, M.S. | Bio-Tox Laboratories Personnel involved in the testing and analysis of blood obtained from Plaintiff. | 30 minutes | 30 minutes | |
| Greg Meyer, Captain (Ret.) | Police Practices Expert will explain POST standards from basic law enforcement training and use of force tactics applicable to facts of this case. | 2 hours | 1 hr, 15 min – 1 hr 30 min | |
| Parris Ward, Forensic Video Analyst | Forensic video/audio analyst. Will testify regarding his assessment of BWC footage and security cameras near the shooting location and information that can be derived in relation to incident shooting. | 1 hour | 45 min | |
| Ronald Kvitne, M.D. | Board certified orthopedic surgeon medical expert will testify about his review and analysis of plaintiff's medical records as they pertain to Plaintiff's injuries including further treatment. | 45 minutes | 30-40 min | |
| Michael Ritter, M.D. | Emergency Medicine expert will testify about his review and analysis of plaintiff's Toxicology drug results positive for methamphetamine and PCP and other | 1 hour | 45 min | |

5

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | medical records pertaining to Plaintiff's injuries. | | | |
| Leslie Martinez | Resident of the property where the incident occurred who heard yelling and gunshots. | 20 minutes | 20 min | |
| Marlene Sue Biggs | Resident who observed 2-3 officers chase a male adult and heard gunshots | 20 minutes | 20 min | |
| Jose Jesus Rodriguez | Resident who heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| Ana Rodriguez | Resident who heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| Liliana Rodriguez | Resident who heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| Pearo Rodriguez | Resident who provided surveillance video from camera mounted to front of residence | 20 minutes | 20 min | |
| Florina Maria Mandujano | Resident who provided surveillance | 20 minutes | 20 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | video from camera mounted to front of residence | | | |
| Thomas Jordan | Resident who provided surveillance video from camera mounted to front of residence | 15 minutes | 15 min | |
| Nidia Santana | Resident who provided surveillance video from camera mounted to front of residence | 15 minutes | 15 min | |
| Richard Contla | Resident who heard a crashing sound and observed the suspect jump over an east wall. Then heard one of the officers yell, "He's got a gun" followed by numerous gunshots and shouting. Mr. Contla recognized suspect, having seen him in the area before the incident. | 30 minutes | 30 min | |
| Kathy Lynn Cassel | Resident of the area where the suspect collided with the Kia Sorrento causing damage to the Kia, support post for the parking stall awning and block wall | 20 minutes | 20 min | |

Dated: January 28, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
TAMMY KIM
Deputy Attorney General

s/ Tammy Kim

*Attorneys for Defendants State of California, acting by and through the California Highway Patrol (erroneously sued as "State of California") and Michael Bell*

\*Indicates that witness will be called only if the need arises.