Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
David Klehm
Deputy Attorney General
State Bar No. 165302
Tammy Kim
Deputy Attorney General
State Bar No. 262510
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9733
 Fax: (619) 645-2581
 E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendant State of California, acting by and through the California Highway Patrol (erroneously sued as "State of California") and Michael Bell*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SOLIS,** | 5:23-cv-00515-HDV-JPR |
| Plaintiff, | **DEFENDANTS' FIFTH AMENDED WITNESS LIST** |
| v. | Date: February 18, 2025<br>Time: 9:00 a.m.<br>Courtroom: 10D |
| **COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,** | Judge: The Honorable Hernan D. Vera |
| Defendants. | Trial Date: February 18, 2025<br>Action Filed: 2/02/2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants State of California, acting by and through the California Highway Patrol, and Michael Bell hereby serve the following list of witnesses who may be called during trial. Defendants reserve the right to supplement or amend this list.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Michael Bell, Defendant, CHP Officer | Officer Bell is the defendant and will testify about his interactions with Plaintiff, training and experience with the CHP. | 1.25 | | |
| Patrick Sobaszek, Detective, Hemet Police Department | Detective Sobaszek will testify about his interactions with and observations of Plaintiff and incident, police tactics used, training and experience as a law enforcement officer, including in SWAT and on the Gang Task Force. Sobaszek is unique in that he was an eyewitness to various portions of the incident and heard and observed events, including from different angles or perspectives, that others may not have similarly observed. | 45 mins | 45 mins | |
| Salvador Waltermire, Deputy, Riverside County Sheriff's Department | Deputy Waltermire will testify about his interactions with and observations of Plaintiff and incident, including the third volley of shots, police tactics used, and his training and experience as a law enforcement officer. | 45 mins | 30 mins | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | Waltermire is unique in that he was an eyewitness to various portions of the incident and heard and observed events, including from different angles or perspectives, that others may not have similarly observed. | | | |
| Arthur Paez, Sergeant, Hemet Police Department | Sergeant Paez will testify about his knowledge of Plaintiff, communications with the Gang Task Force concerning Plaintiff, and observations of Plaintiff and the incident, including the third volley of shots, police tactics used, as well as experience as a law enforcement officer. Paez is unique in that he was an eyewitness to various portions of the incident and heard and observed events, including from different angles or perspectives, that others may not have similarly observed. | 30-45 min. | 45 min. | |
| M. Vargas, Lieutenant, CHP San Gorgonio Pass | Stationed at San Gorgonio Pass Area Office, Field Operations. Involved in post-shooting investigation and knowledge of Defendant Bell's tactical training. | 45 minutes | 45 min | |
| D. Harris, Sergeant, CHP San Gorgonio Pass | Stationed at San Gorgonio Pass Area Office, Field Sergeant and knowledge of Defendant Bell's | 45 minutes | 45 min | |

3

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | tactical training. | | | |
| C. Hamilton, Lieutenant, CHP Border Division CIIT | CHP Critical Incident Investigation Team, Leader. Involved in CHP critical incident investigation of the incident involving use of force on Plaintiff. | 1 hour | 1 hr | |
| J. Kawanaka, Sergeant, CHP Border Division CIIT | CHP Critical Incident Investigation Team, Lead Administrative Investigator. Involved in CHP critical incident investigation of the incident involving use of force on Plaintiff. | 45 minutes | 45 min | |
| Daniel Moody, Detective | Riverside County Sheriff Department involved in the subsequent scene control or incident investigation and plaintiff's blood sample. | 45 minutes | 45 min | |
| J. Manjarrez, Detective | Riverside County Sheriff Department officials. Collected white bag of powdery substance from plaintiff's car suspected fentanyl and blood sample. | 30 minutes | 30 min | |
| A. Ditfurth, Deputy | Riverside County Sheriff Department official involved in the incident investigation. Surveillance video from 642 Taschner Drive and plaintiff's firearm forensic analysis. | 30 minutes. | 30 min | |
| Daniel Cline, Deputy | Riverside County Sheriff Department official involved in the incident investigation, | 20 minutes | 20 min | |

4

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | obtained pictures, DNA swab, and Scanner data. | | | |
| D. Sandoval, Investigator | Riverside County official involved in the incident investigation, involved in area canvass and investigation. | 20 min. | 20 min. | |
| S. Anderson, Investigator | Riverside County official involved in the incident investigation, involved in area canvass and investigation. | 20 min. | 20 min. | |
| Jennifer Jernegan, Lead Forensic Evidence Supervisor | Riverside County Sheriff Department official involved in the incident investigation. | 20 minutes | 20 min | |
| Yesika Alvarado, Forensic Evidence Technician | Riverside County Sheriff Department official involved in the incident investigation. Captured pictures of scene, bullet holes and charted plaintiff's firearm. | 40 minutes | 40 min | |
| A. Carey, Forensic Services Bureau Technician | Riverside County Sheriff Department official involved in the incident investigation. Obtained pictures of scene and plaintiff in hospital and first aid supplies and clothing. | 20 minutes | 20 min | |
| Venderfees, Forensic Services Bureau Technician | Riverside County Sheriff Department official involved in the incident investigation. Obtained pictures of pursuit termination at 632 Taschner Drive | 20 minutes | 20 min | |

5

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | and point of rest of plaintiff's car and carport damage. | | | |
| Monique Torres, Forensic Services Bureau Technician | Riverside County Sheriff Department official involved in the incident investigation. Went to scene to collect and chart evidence; prepared a scaled 3D diagram. | 20 min | 20 min | |
| Sienna Knoll, Forensic Services Bureau Technician | Riverside County Sheriff Department official involved in the incident investigation. Photographed and processed the Mustang. | 20 min. | 20 min. | |
| Esteban Carranza, Investigator | Riverside County District Attorney's Investigator involved in the criminal investigation of the incident. | 30 minutes | 30 min | |
| J. Gonzalez, Lieutenant | Hemet Police Department Officer responded to the area where Plaintiff fled and where shots were fired and involved in the subsequent scene control or incident investigation. | 30 minutes | 30 min | |
| D. Maddox, Sergeant | Hemet Police Department Officer responded to the area where Plaintiff fled and where shots were fired and involved in the subsequent incident investigation. | 30 minutes | 30 min | |
| G. Gomez, Detective | Hemet Police Department Officer involved in the incident investigation. | 20 minutes | 20 min | |
| Amy Lim | Riverside University Health System hospital laboratory | 15 minutes | 15 minutes | |

6

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | sample collection of blood and urine from Plaintiff at hospital on date of incident. | | | |
| RN Joeallen* | Riverside University Health System concerning collection of blood and/or urine samples from Plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| Valenzuela, Paola RN* | Riverside University Health System concerning collection of blood and/or urine samples from Plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| Otteson, Lisa Christine RN* | Riverside University Health System concerning collection of blood and/or urine samples from Plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| McGuire, Bailey RN* | Riverside University Health System concerning collection of blood and/or urine samples from Plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| Wilson, Stephen* | Riverside University Health System concerning collection of blood and/or urine samples from Plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| Richard Doria, Nurse* | Riverside University Health System hospital nurse regarding sample collection of blood and urine from plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| Rogers, Shana Lee NP* | Riverside University Health System hospital nurse | 15 min. | 15 min. | |

7

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | regarding sample collection of blood and urine from plaintiff at hospital on date of incident. | | | |
| Wallace, Bradley MD* | Riverside University Health System hospital provider regarding blood samples, and urine sample drug abuse screen of plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| Gonzalez, Reyna Teresa MD* | Riverside University Health System hospital provider regarding blood samples, and urine sample drug abuse screen of plaintiff at hospital on date of incident. | 15 min. | 15 min. | |
| Downing, Stephanie Rae, MD* | Riverside University Health System hospital provider regarding urine sample drug abuse screen of plaintiff at hospital on date of incident. | 20 mins. | 20 mins. | |
| Albini, Paul Thomas, MD* | Riverside University Health System hospital provider regarding blood samples of plaintiff at hospital on date of incident. | 20 mins. | 20 mins. | |
| Custodian of Records* | Riverside University Health System hospital witness concerning the urine sample and blood samples collected from plaintiff on date of incident. | 20 mins. | 20 mins. | |
| Kristen Steward, M.S., D-ABFT-FT | Bio-Tox Laboratories Personnel involved in the testing and analysis of blood | 30 minutes | 30 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | obtained from Plaintiff. | | | |
| Ola Bawardi, M.S. | Bio-Tox Laboratories Personnel involved in the testing and analysis of blood obtained from Plaintiff. | 30 minutes | 30 minutes | |
| Greg Meyer, Captain (Ret.) | Police Practices Expert will explain POST standards from basic law enforcement training and use of force tactics applicable to facts of this case. | 2 hours | 1 hr, 15 min – 1 hr 30 min | |
| Parris Ward, Forensic Video Analyst | Forensic video/audio analyst. Will testify regarding his assessment of BWC footage and security cameras near the shooting location and information that can be derived in relation to incident shooting. | 1 hour | 45 min | |
| Ronald Kvitne, M.D. | Board certified orthopedic surgeon medical expert will testify about his review and analysis of plaintiff's medical records as they pertain to Plaintiff's injuries including further treatment. | 45 minutes | 30-40 min | |
| Michael Ritter, M.D. | Emergency Medicine expert will testify about his review and analysis of plaintiff's Toxicology drug results positive for methamphetamine and PCP and other medical records pertaining to Plaintiff's injuries. | 1 hour | 45 min | |
| Leslie Martinez | Resident of the property where the | 20 minutes | 20 min | |

9

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | incident occurred who heard yelling and gunshots. | | | |
| Marlene Sue Biggs | Resident who observed 2-3 officers chase a male adult and heard gunshots | 20 minutes | 20 min | |
| Jose Jesus Rodriguez | Resident who heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| Ana Rodriguez | Resident who heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| Liliana Rodriguez | Resident who heard gunshots and heard suspect run through property perimeter and the officer chasing after him. Heard shouting and the words "He's got a gun" followed by numerous gunshots | 20 minutes | 20 min | |
| Pearo Rodriguez | Resident who provided surveillance video from camera mounted to front of residence | 20 minutes | 20 min | |
| Florina Maria Mandujano | Resident who provided surveillance video from camera mounted to front of residence | 20 minutes | 20 min | |
| Thomas Jordan | Resident who provided surveillance video from camera | 15 minutes | 15 min | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony/Why Testimony is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | mounted to front of residence | | | |
| Nidia Santana | Resident who provided surveillance video from camera mounted to front of residence | 15 minutes | 15 min | |
| Richard Contla | Resident who heard a crashing sound and observed the suspect jump over an east wall. Then heard one of the officers yell, "He's got a gun" followed by numerous gunshots and shouting. Mr. Contla recognized suspect, having seen him in the area before the incident. | 30 minutes | 30 min | |
| Kathy Lynn Cassel | Resident of the area where the suspect collided with the Kia Sorrento causing damage to the Kia, support post for the parking stall awning and block wall | 20 minutes | 20 min | |
| Jaden Schlig | Resident and eyewitness to portions of incident from 633 Hillmer Drive. | 20 min | 20 min | |
| Trinidad Rueta | Resident and eyewitness to portions of incident from 603 Hillmer Drive. | 20 min | 20 min | |

Dated: February 11, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
TAMMY KIM
Deputy Attorney General

*/s/ Tammy Kim*

*Attorneys for Defendants State of California, acting by and through the California Highway Patrol (erroneously sued as "State of California") and Michael Bell*

\*Indicates that witness will be called only if the need arises.