LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EDGAR SOLIS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-cv- 00515-HDV-JPR |
| v. | |
| COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALERMIRE; and et al | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☐ Filed  ☑ Lodged:  **(List Documents)**

USB Stick containing Plaintiff's and Defendant's Exhibits.

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
USB Drive

02/12/2025                                   Marcel F. Sincich
Date                                         Attorney Name
                                             Plaintiff
                                             Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING