| | |
|---|---|
| GRECH, PACKER, & HANKS<br>Trenton C. Packer (SBN 241057)<br>7095 Indiana Ave., Suite 200<br>Riverside, CA 92506<br>Tel: (951) 682-9311<br>Fax: (951) 682-4289<br>Email: tpacker@grechpackerlaw.com | LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq. (SBN 144074)<br>dalekgalipo@yahoo.com<br>Marcel F. Sincich, Esq. (SBN 319508)<br>msincich@galipolaw.com<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel: 818-347-3333 | Fax: 818-347-4118 |

*Attorneys for Plaintiff EDGAR SOLIS*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; MICHAEL BELL; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>5:23-cv-00515-HDV-JPR<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Edgar Alejandro Solis
Alias: _____
BOP/Booking No: CDCR #BT2706
Detained by: ☑ Warden Kathleen N. Ratliff
☐ Other _____
Detained at: California Health Care Facility: 7707 Austin Road, Stockton, CA 95215
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on February 18, 2025 at 9:00 a.m. before the Honorable Hernán D. Vera Judge/Magistrate Judge.

Location: ☑ U.S. District Court 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, CA 90012
*(Court Address)*
☐ Other _____
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: 02/13/2025                   /s/ *Trenton C. Packer*
                                    *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST** *be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)   APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM