GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311; Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

*Attorneys for Plaintiff* Edgar Solis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS, <br><br> Plaintiff(s) <br> v. <br><br> COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; MICHAEL BELL; and DOES 1-10, inclusive, <br><br> Defendant(s). | CASE NUMBER <br> 5:23-cv-00515-HDV-JPR <br><br> **ORDER ON** <br> **APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☐ AD PROSEQUENDUM    ■ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus    ☐ Ad Prosequendum    ■ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   Edgar Alejandro Solis (CDCR #BT2706)

    Alias: _____

on    February 18, 2025    at    9:00 a.m.    before Judge/Magistrate Judge    Honorable Hernán D. Vera
    *(Date of Appearance)*              (Time)

Dated: _____

                                                 **U.S. District Judge/U.S. Magistrate Judge**