GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311; Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

*Attorneys for Plaintiff* Edgar Solis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDGAR SOLIS,<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; MICHAEL BELL; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br>5:23-cv-00515-HDV-JPR<br><br>**ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM   ■ AD TESTIFICANDUM |
|---|---|

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus  ☐ Ad Prosequendum   ■ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: __Edgar Alejandro Solis (CDCR #BT2706)__

Alias: _____

on __February 18, 2025__ at __9:00 a.m.__ before Judge/Magistrate Judge __Honorable Hernán D. Vera__
*(Date of Appearance)*      (Time)

Dated: __2/13/25__

U.S. District Judge/U.S. Magistrate Judge

(1129)