# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Edgar Solis

Plaintiff(s)

v.

County of Riverside et al

Defendant(s)

CASE NUMBER:

CR

CV 5:23-cv-00515-HDV-JPR

## WRIT OF HABEAS CORPUS

☐ AD PROSEQUENDUM   ☒ AD TESTIFICANDUM

**WHEREAS** the attached application was granted by the Honorable _Hernán D. Vera_ Judge/~~Magistrate Judge~~ of the U.S. District Court for the Central District of California, the named custodian: _____

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Edgar Solis** before the Honorable _Hernán D. Vera_ Judge/~~Magistrate Judge~~ of the United States District Court, United States Courthouse, Courtroom No. **5B**, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, CA on **February 18, 2025** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _Hernán D. Vera_ Judge/~~Magistrate Judge~~ of the United States District Court for the Central District of California.

Dated: 02/13/25

CLERK, U.S. DISTRICT COURT

By: Wendy Hernandez
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)