DAVID KLEHM, State Bar no. 165302
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel. (619) 738-9733 / E-mail:David.Klehm@doj.ca.gov
Attorney(s) for: Defendants State of California (by and through the California Highway Patrol) [erroneously sued as "State of California"] and Michael Bell

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDGAR SOLIS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-cv-00515-HDV-JPR |
| v. | |
| COUNTY OF RIVERSIDE; STATE OF CALIFORNIA; SALVADOR WALTERMIRE; AND DOES 1-10, INCLUSIVE  DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☒ Lodged: (**List Documents**)

1. Deposition of Michael Bell, taken on May 8, 2022
2. Deposition of Arthur Paez, taken on May 17, 2022
3. Deposition of Patrick Sobaszek, taken on May 15, 2022
4. Deposition of Salvador Waltermire, taken on October 19, 2023
5. Deposition of Greg Meyer, taken on taken on July 15, 2024
6. Deposition of Edgar Solis, taken on January 31, 2024
7. Deposition of Edgar Solis, taken on May 29, 2024
8. Deposition of Edgar Solis, taken on October 23, 2024
9. Deposition of Gary Adams, taken on July 31, 2024
10. Deposition of Roger Clark, taken on July 19, 2024
11. Deposition of Ryan O'Connor, taken on August 9, 2024

**Reason:**

☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☒ Other: Lodged pursuant to C.D. Cal. Local Rule 32-1

February 18, 2025
Date

/s/David Klehm
Attorney Name
Defendants
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                        NOTICE OF MANUAL FILING OR LODGING

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Edgar Solis v. County of Riverside, et al.** | No. | **5:23-cv-00515-HDV-JPR** |

I hereby certify that on <u>February 18, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MANUAL FILING OR LODGING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 18, 2025</u>, at San Diego, California.

| C. Henson | *C. Henson* |
|---|---|
| Declarant | Signature |

SD2023800661
84967984.docx