# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CV 23-515-HDV-JPRx |
| Date | February 18, 2025 |
| Title | *Edgar Solis v. County of Riverside, et al.* |

Present: The Honorable  Hernán D. Vera, United States District Court Judge

Wendy Hernandez  
*Deputy Clerk*

Maria Bustillos  
*Court Reporter/Recorder, Tape No.*

Attorneys Present for Plaintiff(s):  
Dale Galipo / Marcel Sincich / Trenton Packer

Attorneys Present for Defendants:  
DAG David Klehm / DAG Tammy Kim

___ **Day Court Trial**    1st **Day Jury Trial**

___ One day trial:   X Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.
X Opening statements made by  plaintiff and defense counsel.
X Witnesses called, sworn and testified.   X Exhibits identified.   X Exhibits admitted.
___ Plaintiff(s) rest.        ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____ ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to  02/19/25 at 9am.  for further trial/further jury deliberation.
___ Other:

6 : 30  
Initials of Deputy Clerk  wh