# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-515-HDV-JPRx | Date | February 19, 2025 |
| Title | *Edgar Solis v. County of Riverside, et al.* | | |

**Present: The Honorable** Hernán D. Vera, United States District Court Judge

| Wendy Hernandez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo / Marcel Sincich / Trenton Packer | DAG David Klehm / DAG Tammy Kim |

___ **Day Court Trial**   2nd **Day Jury Trial**

- ___ One day trial:
- ___ Begun (1st day);
- X  Held & Continued;
- ___ Completed by jury verdict/submitted to court.
- ___ The Jury is impaneled and sworn.
- ___ Opening statements made by
- X Witnesses called, sworn and testified.   X Exhibits identified.   X Exhibits admitted.
- ___ Plaintiff(s) rest.   ___ Defendant(s) rest.
- ___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).   ___ Court instructs jury.
- ___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
- ___ Jury polled.   ___ Polling waived.
- ___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
- ___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
- ___ Case submitted.   ___ Briefs to be filed by
- ___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- X Case continued to 02/20/25 at 8:45am for further trial/further jury deliberation.
- X Other: The Court and counsel discuss proposed jury instructions.

7 : 00

Initials of Deputy Clerk   wh