UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | ED CV 23-515-HDV-JPRx |
| Title | *Edgar Solis v. County of Riverside, et al.* |
| Date | February 26, 2025 |

Present: The Honorable  Hernán D. Vera, United States District Court Judge

| Wendy Hernandez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo / Marcel Sincich / Trenton Packer | DAG David Klehm / DAG Tammy Kim |

**Day Court Trial**    6th    **Day Jury Trial**

___ One day trial:   ___ Begun (1st day);   X  Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X  Witnesses called, sworn and testified.   X  Exhibits identified.   X  Exhibits admitted.
___ Plaintiff(s) rest.   X  Defendant(s) rest.
X  Closing arguments made by   X  plaintiff(s)   X  defendant(s).   X  Court instructs jury.
X  Bailiff(s) sworn.   X  Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   02/27/25 at 8:30am   for further trial/further jury deliberation.
X  Other:   The Court hears argument on Defendants' Rule 50 motion. The Court denies the motion. Separate order to follow. The Court confers with counsel re jury instructions and proposed jury verdict.

                                                             6  :  00
                                         Initials of Deputy Clerk   wh