# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CV 23-515-HDV-JPRx |
| Title | *Edgar Solis v. County of Riverside, et al.* |
| Date | February 28, 2025 |

Present: The Honorable **Hernán D. Vera, United States District Court Judge**

| Wendy Hernandez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo / Marcel Sincich / Trenton Packer | DAG David Klehm / DAG Tammy Kim |

___ **Day Court Trial**     8th     **Day Jury Trial**

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits identified.   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
**X** Filed Witness & Exhibit Lists   **X** Filed jury notes.   **X** Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
**X** Motion for Judgment as a Matter of Law filed by defendants is   ___ granted.   **X** denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
**X** Other:   Response to jury note #1 issued.

   Jury note #2 and #3 received. Response to jury note #2 and #3 issued.

   With the agreement of the parties, the Court declares a mistrial. Jury thanked and discharged. Counsel to propose a new trial date to the Court.

                                                                    1   :   00

                                                Initials of Deputy Clerk   wh