FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDGAR SOLIS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA ET AL.,<br><br>    Defendants. | Case No.: ED CV 23-00515-HDV-JPRx<br><br>**CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS TO JURY** |

The undersigned counsel hereby declare that the exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): _Marcel F. Sincich_

Counsel for Plaintiffs(s) (Signature): _[signature]_

Date: _Feb 26, 2025_

Counsel for Defendant(s) (Printed Name): _Tammy Kim_

Counsel for Defendant(s) (Signature): _[signature]_

Date: _02/26/2025_

-1-