# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REDACTED

**JURY NOTE NO.** 1

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**Case No.:** ED CV 23-515-HDV-JPR          **Date:** 2/27/2024

**Title:** EDGAR SOLIS v. STATE OF CALIFORNIA ET AL          **Time:** 4:03

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT.

_____ THE JURY REQUESTS THE FOLLOWING:

Need to understand how/if a burden of proof applies in a civil case?

**SIGNED BY:   FOREPERSON OF THE JURY**