FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS, | Case No. 5:23-cv-00515-HDV-JPR |
| Plaintiff, | **COURT'S RESPONSE TO JURY NOTE NO. 1** |
| v. | |
| STATE OF CALIFORNIA, ET AL., | |
| Defendants. | |

In response to Question No. 1, the answer is:

    The burden of proof in a civil case is preponderance of the evidence. Jury Instruction No. 2 defines preponderance of the evidence as being more probably true than not true. The jury instructions given to you define who has the burden of proof on a claim or defense.

Dated: February 28, 2025

_____
Hernán D. Vera
United States District Judge