REDACTED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### JURY NOTE NO. _2_

Case No.: **ED CV 23-515-HDV-JPR**          Date: 2/28/24

Title: **EDGAR SOLIS v. STATE OF CALIFORNIA ET AL**          Time: 11:39

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

_____ **THE JURY HAS REACHED A UNANIMOUS VERDICT.**

__✓__ **THE JURY REQUESTS THE FOLLOWING:**

The jury has attempted to
reach a unanimous verdict
but is deadlocked w/o prospects
for moving towards one.

**SIGNED BY:   FOREPERSON OF THE JURY**