REDACTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE NO. 3

FILED
CLERK, U.S. DISTRICT COURT
02/28/25
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

Case No.: ED CV 23-515-HDV-JPR    Date: 2/28/25

Title: EDGAR SOLIS v. STATE OF CALIFORNIA ET AL    Time: 1:15

____ THE JURY HAS REACHED A UNANIMOUS VERDICT.

✓ THE JURY REQUESTS THE FOLLOWING:

Further discussion has not changed the last tally — we are hopelessly deadlocked.

SIGNED BY: FOREPERSON OF THE JURY