NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Edgar Solis<br><br>PLAINTIFF(S) | CASE NUMBER:<br><br>5:23-cv-00515-HDV-JPR |
|---|---|
| State of California and Michael Bell<br><br>DEFENDANT(S) | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __JOINT__ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)




The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

_____
Date

Dale Galipo/ Marcel Sincich /Trenton Packer

Counsel for: ☒Plaintiff  ☐Defendant  ☐ _____

_____
Signature

818-347-3333

__2/28/25__
Date

David Klehm /Tammy Kim

Counsel for: ☐Plaintiff  ☒Defendant  ☐ _____

Telephone Number

619-738-9733/ 213-269-6182

_____
Signature

Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

_____
Date

By _____
Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING

NAME & ADDRESS:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Edgar Solis<br><br>PLAINTIFF(S) | CASE NUMBER:<br><br>5:23-cv-00515-HDV-JPR |
|---|---|
| State of California and Michael Bell<br><br>DEFENDANT(S) | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __JOINT__ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

__02/28/2025__
Date

Dale Galipo/ Marcel Sincich /Trenton Packer
Counsel for: ☒Plaintiff  ☐Defendant  ☐

_[signature]_
Signature                                       818-347-3333

__2/28/25__
Date

David Klehm /Tammy Kim
Counsel for: ☐Plaintiff  ☒Defendant  ☐
                                                Telephone Number
_[signature]_                                   619-738-9733/ 213-269-6182
Signature                                       Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

__2/28/25__
Date

Clerk, U.S. District Court

By _[signature]_
                                Deputy Clerk