**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>Plaintiff<br><br>vs.<br><br>STATE OF CALIFORNIA and MICHAEL BELL,<br><br>Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>*Assigned to:*<br>Hon. District Judge Hernán D. Vera<br>Hon. Mag. Judge Jean P. Rosenbluth<br><br>**JOINT STIPULATION PROPOSING POTENTIAL RETRIAL DATES**<br><br>([Proposed] Order *filed concurrently herewith*) |

**TO THIS HONORABLE COURT**:

    Plaintiff Edgar Solis, and Defendants State of California and Michael Bell, by and through their counsel, have met and conferred regarding potential retrial dates for the above-captioned matter and hereby stipulate the following dates pre-trial conference July 1, 2025, and re-trial August 19, 2025, respectively. The Plaintiff maintains his objections to Michael Ritter, M.D. testifying, however, assuming the Court allows Dr. Ritter to testify, the parties stipulate that Dr. Ritter, who is unavailable for trial from August 25, 2025, to September 2, 2025, may be called out of order in Plaintiff's case-in-chief at plaintiff's convenience.

    **IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April 11, 2025

**LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICES OF GRECH & PACKER**

By: *s/Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED: April 11, 2025

ROB BONTA, Attorney General of California
DONNA M. DEAN Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
TAMMY KIM
Deputy Attorney General

By: *s/ David Klehm*
David Klehm
Deputy Attorney General
*Attorneys for Defendants* State of California (by and through the California Highway Patrol) and Michael Bell

-2-
**JOINT STIPULATION PROPOSING POTENTIAL RETRIAL DATES**