# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; MICHAEL BELL; COUNTY OF RIVERSIDE; SALVADOR WALTERMIRE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION PROPOSING POTENTIAL RETRIAL DATES** |

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation Proposing Potential Retrial Dates, it is hereby ordered that the Pretrial Conference in this matter is rescheduled for July 1, 2025 at 10:00 a.m., and the Retrial is set for August 19, 2025, beginning at 9:00 a.m. It is further ordered that if Dr. Michael Ritter is permitted to testify at trial, Dr. Ritter may be called out of order in Plaintiff's case-in-chief at Plaintiff's convenience.

**IT IS SO ORDERED**.

Dated: _____

Hon. Hernan D. Vera
United States District Court