**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9567
Fax: (619) 645-2581
E-mail: David.Klehm@doj.ca.gov

*Attorneys for Defendant* STATE OF CALIFORNIA and MICHAEL BELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>          Plaintiff<br><br>vs.<br><br>STATE OF CALIFORNIA and MICHAEL BELL,<br><br>          Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>*Assigned to:*<br>Hon. District Judge Hernán D. Vera<br>Hon. Mag. Judge Jean P. Rosenbluth<br><br>**JOINT STIPULATION PROPOSING POTENTIAL RETRIAL DATES**<br><br>([Proposed] Order *filed concurrently herewith*) |

**TO THIS HONORABLE COURT**:

    Plaintiff Edgar Solis and Defendants State of California and Michael Bell, by and through their counsel, have met and conferred regarding potential retrial dates for the above-captioned matter, are available and hereby stipulate to the following date for re-trial of this matter: January 20, 2026

    **IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 21, 2025

**LAW OFFICES OF DALE K. GALIPO GRECH, PACKER, & HANKS**

By: _s/ Marcel F. Sincich_
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED: May 21, 2025

ROB BONTA, Attorney General of California
DONNA M. DEAN Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
TAMMY KIM
Deputy Attorney General

By: _s/ David Klehm_

David Klehm
Tammy Kim
Deputy Attorney General
*Attorneys for Defendants* State of California (by and through the California Highway Patrol) and Michael Bell

-2-
**JOINT STIPULATION PROPOSING POTENTIAL RETRIAL DATES**