**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM (SBN 165302)
Deputy Attorney General
TAMMY KIM (SBN 262510)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9567
Fax: (619) 645-2581
E-mail: David.Klehm@doj.ca.gov; Tammy.Kim@doj.ca.gov

*Attorneys for Defendants* STATE OF CALIFORNIA, acting by and through the California Highway Patrol, and MICHAEL BELL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR SOLIS,<br><br>   Plaintiff<br><br>vs.<br><br>STATE OF CALIFORNIA and MICHAEL BELL,<br><br>   Defendants. | Case No.: 5:23−cv−00515−HDV−JPR<br><br>*Assigned to:*<br>Hon. District Judge Hernán D. Vera<br>Hon. Mag. Judge Jean P. Rosenbluth<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

PLEASE TAKE NOTICE, in accordance with Local Rules 16-15.7 and 40-2, that plaintiff EDGAR SOLIS ("Plaintiff") and Defendants STATE OF CALIFORNIA, acting by and through the California Highway Patrol ("STATE OF CALIFORNIA"), and MICHAEL BELL, have reached a settlement of all claims by Plaintiff against the STATE OF CALIFORNIA and MICHAEL BELL.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. Finalization is expected to occur within 90 days.

Thus, the parties request that all hearing dates be vacated and that all proceedings be stayed pending finalization of the settlement.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  December 4, 2025

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By:  _____s/ Dale K. Galipo_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED:  December 4, 2025

ROB BONTA, Attorney General of California
RHONDA L. MALLORY Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
TAMMY KIM
Deputy Attorney General

By:  _____s/ Tammy Kim_____
Tammy Kim
Deputy Attorney General
*Attorneys for Defendants* State of California (by and through the California Highway Patrol) and Michael Bell