**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* EDGAR SOLIS

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM (SBN 165302)
Deputy Attorney General
TAMMY KIM (SBN 262510)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9567
Fax: (619) 645-2581
E-mail: David.Klehm@doj.ca.gov; Tammy.Kim@doj.ca.gov

*Attorneys for Defendants* STATE OF CALIFORNIA, acting by and through the California Highway Patrol, and MICHAEL BELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SOLIS,<br><br>  Plaintiff<br><br>  vs.<br><br>STATE OF CALIFORNIA and MICHAEL BELL,<br><br>  Defendants. | **Case No.: 5:23−cv−00515−HDV−JPR**<br>*[Honorable Hernán D. Vera]*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**TO THE HONORABLE COURT**:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: March 3, 2026        **LAW OFFICES OF DALE K. GALIPO**
                                               **GRECH, PACKER, & HANKS**

                                               */s/ Marcel F. Sincich*
                                               Dale K. Galipo
                                               Marcel F. Sincich
                                               Trent C. Packer
                                               *AttorneyS for Plaintiff*

DATED: March 3, 2026        ROB BONTA, Attorney General of California
                                               Donna M. Dean, Supervising Deputy
                                               Attorney General
                                               David Klehm
                                               Deputy Attorney General
                                               Tammy Kim
                                               Deputy Attorney General

                                         By:   */s/ Tammy Kim*
                                               Tammy Kim
                                               Deputy Attorney General
                                               *Attorneys for Defendants* State of California (by and through the California Highway Patrol) and Michael Bell