**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR SOLIS, | CASE No.: 5:23−cv−00515−HDV−JPR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE OF CALIFORNIA and MICHAEL BELL, | |
| Defendants. | |

-2-

**PROPOSED ORDER:**

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case has settled and is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

Accordingly, the Clerk of the Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

DATED:

_____          _____
                                                                    Hon. Hernán D. Vera
                                                                    United States District Court